**E-FILED**
Friday, 28 April, 2017  03:08:35 PM
Clerk, U.S. District Court, ILCD

67521-95-121

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BARN II, INC., an Illinois Corporation, d/b/a CONKLIN BARN II DINNER THEATRE, | ) ) ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) ) | [formerly Circuit Court of Woodford County, Illinois - |
| WEST BEND MUTUAL INSURANCE COMPANY, | ) | Case No. 2017 L 4] |
| Defendant. | ) | |

## NOTICE OF REMOVAL

# EXHIBIT A

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
WOODFORD COUNTY, ILLINOIS

BARN II, INC., an Illinois Corporation, d/b/a )
CONKLIN BARN II DINNER THEATRE, )
                                  )
              Plaintiff, )    Case No. 2017 L ___H___
                                  )
vs. )    **PLAINTIFF DEMANDS TRIAL**
                                  )    **BY JURY ON COUNTS I, II AND**
WEST BEND MUTUAL INSURANCE )    **III OF THIS COMPLAINT**
COMPANY, )                        **ORIGINAL FILED**
                                  )
              Defendant. )        MAR 0 2 2017

## COMPLAINT AT LAW AND
## PETITION FOR DECLARATORY JUDGMENT

WOODFORD COUNTY
CIRCUIT COURT

NOW COMES the Plaintiff, BARN II, INC., d/b/a CONKLIN BARN II DINNER

THEATRE (hereinafter referred to as "BARN II, INC."), by its President, MARY E. SIMON, and

by and through its attorney, JOHN P. EDMONDS, LTD., and complains of the Defendant, WEST

BEND MUTUAL INSURANCE COMPANY, stating as follows:

### COUNT I

### IMPROPER CLAIMS PRACTICE
### 215 ILCS 5/154.5, 215 ILCS 5/154.6 and 215 ILCS 5/155

1.     On August 18, 2015, and at all times relevant, Defendant, WEST BEND MUTUAL

INSURANCE COMPANY (hereinafter referred to as "WEST BEND") was a property and

casualty (P&C) foreign mutual insurance company licensed to do business in the State of Illinois.

2.     On August 18, 2015, and at all times relevant, Plaintiff, BARN II, INC., was an

Illinois Corporation, doing business as CONKLIN BARN II DINNER THEATRE, located at 1451

Timberline Road in Goodfield, Woodford County, Illinois, and was owned and operated by

MARY E. SIMON, President of BARN II, INC.



3.     CONKLIN BARN II DINNER THEATRE was located in an approximately 75-year old, 5,200 square foot timber barn (hereinafter referred to as the "Barn") that had been used as an entertainment and dining venue for forty (40) years prior to August 18, 2015. The floor of the structure is a concrete slab on grade. On the eastern edge of the structure there is a raised stage and a timber framed mezzanine surrounds the remainder of the perimeter of the structure. The roof structure of the barn consists of timber arches spanning between the north and south walls starting at an elevation just above the mezzanine. There are two steel cables below the mezzanine that tie the north and south walls together to help resist the thrust from the arches.

4.     Prior to August 18, 2015, on December 19, 2014, Paul Wilkins, Woodford County Health Inspector, found the Barn structurally sound upon physical inspection.

5.     Prior to August 18, 2015, on or about April 20, 2015, an inspector for Defendant, WEST BEND MUTUAL INSURANCE COMPANY, found the Barn structurally sound, with no structural damage identified, and suitable as an acceptable risk, without riders or restrictions.

6.     On or about April 20, 2015, in consideration of the premium paid by Plaintiff, the Defendant executed, issued, and delivered to the Plaintiff a Commercial Property Policy (Policy No. A030634 00) effective April 20, 2015 to April 20, 2016, through its agent, Comprehensive Insurance Services, Inc. A copy of the Commercial Property Coverage Declarations for Policy No. A030634 00 is attached as Exhibit "A" and is incorporated herein and referred to hereinafter as the "Policy."

7.     Defendant accepted all money tendered to it by the Plaintiff.

8.     On August 18, 2015, and while the Policy was in full force and effect, severe weather, including high winds, an area tornado warning with reported tornado sightings, was

2

present in and about the area of Goodfield, Woodford County, Illinois. The severe weather resulted in reported damage to area structures and several downed trees.

9.      On August 18, 2015, due to high winds and gusts in the immediate area, the Barn sustained severe damage to its structure, including but not limited to, creating external bowing walls.

10.     On August 19, 2015, Mary E. Simon contacted the Defendant's agent, Jeff Ott, to report the loss and to make a claim for coverage under Policy No. A030634 00.

11.     On or about August 21, 2015, Defendant, WEST BEND, sent Tim Hilton, Adjuster for Syndicate Claim Services, Inc., to inspect the damage at the Barn.

12.     On or about September 10, 2015, Steven Little, a forensic engineer for Donan Engineering Company, a Kentucky based company, conducted a study of the structural damage to the Barn at the request of WEST BEND. Mr. Little opined that the structural damage to the Barn was due to long term deterioration, removal of a cable tie (that was never present), 23,000 pounds of additional roofing materials (present since 1996 and approximating a 2.9 pounds per square foot load on the north-facing slopes and 4 pounds per square foot load on the south-facing slopes). Mr. Little further opined there was no evidence that wind was a contributing factor, and incorrectly referenced the date of loss as August 19, 2015.

13.     Subsequent to Mr. Little's study, WEST BEND denied Plaintiff's claim on September 11, 2015, and incorrectly noted the date of loss as August 19, 2015, rather than August 18, 2015. (See September 11, 2015 letter from West Bend Mutual Insurance attached at Exhibit "B").

3

14.     Defendant, WEST BEND MUTUAL INSURANCE COMPANY, had a duty to conduct a reasonable investigation based on all available information and effectuate a prompt, fair and equitable settlement of claims arising under its policy.

15.     Notwithstanding said duty, the Defendant, WEST BEND, by and through its agents, servants, and employees, failed and breached its duty to deal fairly with its insured in one or more of the following ways:

(a)     Conducted a flawed investigation unduly focused on developing grounds to deny the Plaintiff's claim;

(b)     Failed to conduct its investigation using all available information, including information contained in its own inspection report from April 2015 preceding the issuance of its policy to Plaintiff;

(c)     Did not attempt in good faith to effectuate a prompt, fair and equitable settlement of Plaintiff's claim;

(d)     Vexatiously and unreasonably delayed payment to the Plaintiff for settlement of the claim for benefits under the policy;

(e)     Compelled Plaintiff to initiate suit to recover amounts due under its policy; and

(f)     Engaged in other improper claims practice acts in violation of 214 ILCS 5/154.6.

16.     That by virtue of one or more of the foregoing acts or omissions by the Defendant, by and through its agents and employees, Defendant breached its aforesaid duties and that as a direct and proximate result of Defendant's breach and its vexatious and improper handling of Plaintiff's claim, Plaintiff sustained injury in that the business known as CONKLIN BARN II DINNER THEATRE was closed. By reason of this injury, Plaintiff has lost, and will in the future lose, large sums of money which would otherwise have accrued to the business known as CONKLIN BARN II DINNER THEATRE, including past and future revenue.

4

WHEREFORE, Plaintiff, BARN II, INC., d/b/a CONKLIN BARN II DINNER THEATRE, by its President, MARY E. SIMON, prays this Court enter judgment against Defendant, WEST BEND MUTUAL INSURANCE COMPANY, for coverage under the policy, including interest pursuant to policy language. Plaintiff further requests this Court enter Judgment against Defendant, WEST BEND MUTUAL INSURANCE COMPANY, in an amount in excess of $50,000.00, and reasonable attorney's fees and costs, pursuant to Illinois Insurance Code 215 ILCS 5/155, for the unreasonable and vexatious delay in paying benefits owed to the Plaintiff, and for any further relief that the Court deems just.

### PLAINTIFF DEMANDS TRIAL BY JURY ON COUNT I.

### COUNT II

### BREACH OF CONTRACT

1.       On August 18, 2015, and at all times relevant, Defendant, WEST BEND MUTUAL INSURANCE COMPANY (hereinafter referred to as "WEST BEND"), was a property and casualty (P&C) foreign mutual insurance company licensed to do business in the State of Illinois.

2.       On August 18, 2015, and at all times relevant, Plaintiff, BARN II, INC., was an Illinois Corporation, doing business as CONKLIN BARN II DINNER THEATRE, located at 1451 Timberline Road in Goodfield, Woodford County, Illinois, and was owned and operated by MARY E. SIMON, President of BARN II, INC.

3.       CONKLIN BARN II DINNER THEATRE was located in an approximately 75-year old, 5,200 square foot timber barn (hereinafter referred to as the "Barn") that had been used as an entertainment and dining venue for forty (40) years prior to August 18, 2015. The floor of the structure is a concrete slab on grade. On the eastern edge of the structure there is a raised stage

and a timber framed mezzanine surrounds the remainder of the perimeter of the structure. The roof structure of the barn consists of timber arches spanning between the north and south walls starting at an elevation just above the mezzanine. There are two steel cables below the mezzanine that tie the north and south walls together to help resist the thrust from the arches.

4.     Prior to August 18, 2015, on December 19, 2014, Paul Wilkins, Woodford County Health Inspector, found the Barn structurally sound upon physical inspection.

5.     Prior to August 18, 2015, on or about April 20, 2015, an inspector for Defendant, WEST BEND MUTUAL INSURANCE COMPANY, found the Barn structurally sound, with no structural damage identified, and suitable as an acceptable risk, without riders or restrictions.

6.     On or about April 20, 2015, in consideration of the premium paid by Plaintiff, the Defendant executed, issued, and delivered to the Plaintiff a Commercial Property Policy (Policy No. A030634 00) effective April 20, 2015 to April 20, 2016, through its agent, Comprehensive Insurance Services, Inc. A copy of the Commercial Property Coverage Declarations for Policy No. A030634 00 is attached as Exhibit "A" and is incorporated herein and referred to hereinafter as the "Policy."

7.     Defendant accepted all money tendered to it by the Plaintiff.

8.     At the time that said Policy was issued, Plaintiff relied on the Defendant to provide coverage for losses to the building and business known as CONKLIN BARN II DINNER THEATRE and relied on the fact that Defendant was aware of the nature of the business and the condition of the building that was being insured. Further, Plaintiff relied on the language of the policy which specified losses to include "windstorm and hail."

9.     On August 18, 2015, and while the Policy was in full force and effect, severe weather, including high winds, an area tornado warning with reported tornado sightings, was

6

present in and about the area of Goodfield, Woodford County, Illinois. The severe weather resulted in reported damage to area structures and several downed trees.

10. On August 18, 2015, due to high winds and gusts in the immediate area, the Barn sustained severe damage to its structure, including but not limited to, creating external bowing walls.

11. On August 19, 2015, Mary E. Simon contacted the Defendant's agent, Jeff Ott, to report the loss and to make a claim for coverage under Policy No. A030634 00.

12. Plaintiff duly tendered proof of the loss to the Defendant and has otherwise duly performed all conditions of the policy on its part to be performed, including the payment of the premium of the policy.

13. In addition to Defendant's duty to conduct a reasonable investigation based on all available information and effectuate a prompt, fair and equitable settlement of claims arising under its policies, Defendant also had a duty to pay the amount of the damages to the Plaintiff for the loss of the insured building and loss of Business revenues. Although requested to do so, Defendant has failed and refused, and still refuses, to pay the amount, or any part of it, of said damages to the Plaintiff.

14. By reason of the facts hereinabove stated, Defendant breached its contract with Plaintiff to provide coverage to Plaintiff in the event of a covered loss.

15. Because of the refusal of Defendant to pay to Plaintiff the claim requested for loss and damages, Plaintiff has sustained damages in an amount which would otherwise have been covered by insurance, together with its costs and expenses in prosecuting this lawsuit against WEST BEND, including costs of litigation, expenses for engineering reports, expert witnesses and attorney's fees.

7

WHEREFORE, Plaintiff, BARN II, INC., d/b/a CONKLIN BARN II DINNER THEATRE, by its President, MARY E. SIMON, prays this Court enter judgment against Defendant, WEST BEND MUTUAL INSURANCE COMPANY, for coverage under the policy including interest pursuant to policy language. Plaintiff further requests this Court enter Judgment against Defendant, WEST BEND MUTUAL INSURANCE COMPANY, in an amount in excess of $50,000.00, and reasonable attorney's fees and costs, and for such other and further relief as it deems fit and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY ON COUNT II.**

## COUNT III

### ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT DIRECTED AGAINST DEFENDANT, WEST BEND MUTUAL INSURANCE COMPANY

1.     Plaintiff realleges and incorporates the allegations contained in Counts I and II of this Complaint into Count III.

2.     On August 18, 2015, and at all times relevant, Defendant, WEST BEND MUTUAL INSURANCE COMPANY (hereinafter referred to as 'WEST BEND") was a property and casualty (P&C) foreign mutual insurance company licensed and duly authorized to do business in the State of Illinois by issuing West Bend Mutual Insurance policies to the general public covering commercial property of its insureds.

3.     On or about April 20, 2015, in consideration of the premium paid by Plaintiff, the Defendant executed, issued, and delivered to the Plaintiff a Commercial Property Policy (Policy No. A030634 00) effective April 20, 2015 to April 20, 2016, through its agent, Comprehensive Insurance Services, Inc. A copy of the Commercial Property Coverage Declarations for Policy

8

No. A030634 00 is attached as Exhibit "A," and is incorporated herein and referred to hereinafter as the "Policy."

4.   Defendant accepted all money tendered to it by the Plaintiff.

5.   Policy No. A030634 00 – Building and Personal Property Coverage Form Paragraph A. Coverage, states that West Bend Mutual Insurance Company agreed: "We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss." *See* Page 1 of the Policy (Exhibit "A").

6.   Policy No. A030634 00 indicated Plaintiff's covered property as: "Building #1-Dinner Theater [0832] Theaters – Other than drive-in" and the construction was noted as "Frame" and designated as an "05" Protection Class.  Said policy covered the replacement cost of the Building with a Limit of Insurance of $1,000,000.00 and carried an annual premium of $5,110.00 and a deductible of $1,000.00.

7.   Further coverage under the Policy was indicated as: "Business Income & Extra Expense Including Rental Value." Said Business Income & Extra Expense Including Rental Value coverage had a Limit of Insurance of $100,000.00, with a 72-hour waiting period and carried an annual premium of $605.00.

8.   As a result of said policy of insurance and the language contained therein, as set out above, the company had a duty to investigate and settle any claims from its insured, Plaintiff, BARN II, INC., and further had a duty of giving the insured equal consideration and to deal fairly with the insured in the investigation of any claims from its insured.

9.   Prior to August 18, 2015, on December 19, 2014, Paul Wilkins, Woodford County Health Inspector, found the Barn structurally sound upon physical inspection.

9

10.     Prior to August 18, 2015, on or about April 20, 2015, an inspector for Defendant, WEST BEND MUTUAL INSURANCE COMPANY, found the Barn structurally sound, with no structural damage identified, and suitable as an acceptable risk, without riders or restrictions.

11.     On August 18, 2015, and while the Policy was in full force and effect, severe weather, including high winds, an area tornado warning with reported tornado sightings, was present in and about the area of Goodfield, Woodford County, Illinois. The severe weather resulted in reported damage to area structures and several downed trees.

12.     On August 18, 2015, due to high winds and gusts in the immediate area, the Barn sustained severe damage to its structure, including but not limited to, creating external bowing walls.

13.     On August 19, 2015, Mary E. Simon contacted the Defendant's agent, Jeff Ott, to report the loss and to make a claim for coverage under Policy No. A030634 00.

14.     On or about August 21, 2015, Defendant, WEST BEND, sent Tim Hilton, Adjuster for Syndicate Claim Services, Inc., to inspect the damage at the Barn.

15.     After the claim for coverage was made under Policy No. A030634 00, Defendant hired Donan Engineering Company, a Kentucky based company, to conduct a study of the building with the intent to focus on developing grounds to deny Plaintiff's claim.

16.     On or about September 10, 2015, Steven Little, a forensic engineer for Donan Engineering Company, a Kentucky based company, conducted a study of the structural damage to the Barn at the request of WEST BEND. Mr. Little opined that the structural damage to the Barn was due to long term deterioration, removal of a cable tie (that was never present), 23,000 pounds of additional roofing materials (present since 1996 and approximating a 2.9 pounds per square foot load on the north-facing slopes and 4 pounds per square foot load on the south-facing slopes. Mr.

10

Little further opined that there was no evidence that wind was a contributing factor, and incorrectly referenced the date of loss as August 19, 2015.

17.    Subsequent to Mr. Little's study, WEST BEND denied Plaintiff's claim on September 11, 2015, and incorrectly noted the date of loss as August 19, 215, rather than August 18, 2015.  (See September 11, 2015 letter from West Bend Mutual Insurance attached at Exhibit "B").

18.    To date, Defendant continues to deny Plaintiff's claim for coverage citing to their engineer's misleading report and mistaken date of loss.

19.    Section 2 of the Consumer Fraud Act (815 ILCS 505/2) provides, in relevant part:

> "Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby... ."

20.    Defendant, by relying on the misleading report of their engineer, misrepresents the material facts of the cause of damage to Plaintiff's property, and represents false information regarding the cause of damage to Plaintiff's property.

21.    Defendant then used its misrepresentations in order to deny Plaintiff coverage under Policy No. A030634 00.

22.    The representation was false.  Defendant made the representation with knowledge of its falsity, with the intent that Plaintiff should believe it, and should rely and act on it, and should be deceived and defrauded.

11

23.    As a result, Plaintiff has lost the use of the building structure for the business known as CONKLIN BARN II DINNER THEATRE, has lost business revenues and has suffered damages in excess of $50,000.00, associated court costs and attorney's fees.

WHEREFORE, Plaintiff, BARN II, INC. d/b/a CONKLIN BARN II DINNER THEATRE, by its President, MARY E. SIMON, respectfully requests that the Court find that Defendant has engaged in, and is engaging in, unfair and deceptive acts and practices in violation of the Consumer Fraud Act. Plaintiff further requests this Court enter Judgment against Defendant, WEST BEND MUTUAL INSURANCE COMPANY, in an amount in excess of $50,000.00, and reasonable attorney's fees and costs, and for such other and further relief as it deems fit and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY ON COUNT III.**

## COUNT IV

## PETITION FOR DECLARATORY JUDGMENT PURSUANT TO 735 ILCS 5/2-701

1.    Count IV of Plaintiff's Complaint is an action brought for declaratory judgment pursuant to the Illinois Code of Civil Procedure, 735 ILCS 5/2-701.

2.    Defendant, WEST BEND MUTUAL INSURANCE COMPANY, is a company authorized to do business as a mutual insurance company under the laws of the State of Illinois and provides Commercial Property Liability coverage to the business known as CONKLIN BARN II DINNER THEATRE which is owned and operated by Plaintiff, BARN II, INC., by its President, MARY E. SIMON.

3.    On August 18, 2015, Plaintiff's building located in Goodfield, Woodford County, Illinois, sustained structural damage due to a recorded windstorm.

4.    At the time of the windstorm, the Defendant's insured, CONKLIN BARN II DINNER THEATRE, was covered under the Commercial Property Liability Policy No. A030634

12

00 (Exhibit "A") and said building structure was indicated as "Building #1-Dinner Theater [0832] Theaters – Other than drive-in" and the construction was noted as "Frame" and designated as an "05" Protection Class.  Said policy covered the replacement cost of the Building with a Limit of Insurance of $1,000,000.00 and carried an annual premium of $5,110.00 and a deductible of $1,000.00.

5.     On August 18, 2015, a type of coverage was also indicated as "Business Income & Extra Expense Including Rental Value."  Said Business Income & Extra Expense Including Rental Value coverage had a Limit of Insurance of $100,000.00, with a 72-hour waiting period and carried an annual premium of $605.00.

6.     On August 19, 2015, Mary E. Simon contacted the Defendant's agent, Jeff Ott, to report the loss and to make a claim for coverage under Policy No. A030634 00.

7.     On September 11, 2015, Cathy Lanier, a claims representative for WEST BEND MUTUAL INSURANCE COMPANY, wrote to the Plaintiff denying coverage for the loss sustained by Plaintiff, incorrectly noting Plaintiff's date of loss as August 19, 2015, and referencing the following:

> B. Exclusions
> 2. We will not pay for loss or damage caused by or resulting from any of the following:
> d. (1) Wear and tear;
>    (2) Rust or other corrosion, decay, deterioration, hidden, or latent defect or any quality in property that causes it to damage or destroy itself;
>    (3) Smog;
>    (4) Settling, cracking, shrinking or expansion;
>
> 3. We will not pay for loss for damage caused by or resulting from any of the following, 3.a. through 3.c.  But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.
>
> c. Faulty, inadequate or defective:
>    (1) Planning, zoning, development, surveying, siting;

13

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance;
of part or all of any property on or off the described premises.

(See September 11, 2015 letter from West Bend Mutual Insurance attached at Exhibit "B").

8.      However, Defendant's policy does not expressly state what losses are actually *covered* losses under the policy, but only defines "Specified causes of loss" under Section G. Definitions:

2. "Specified causes of loss" means the following:   fire; lightning; explosion; *windstorm* or hail; smoke; aircraft or vehicles; ..." *See* page 9 of the Policy. *Emphasis added.*

9.      Defendant's policy does not further define *windstorm*. There are no definitions contained in the policy as to the required velocity of said wind that would trigger coverage or what kinds of reported damage constitute windstorm damage as a covered loss.

10.     The interior of the Barn as described in Count I of this Complaint at Law is open to onlookers and both the walls of the structure and the underside of the roof are easily seen and could be seen daily by everyone, including the inspectors of the property on behalf of the Defendant when the policy was issued just four (4) months prior to the date of loss.

11.     Defendant's policy does not define "wear and tear" and Defendant had the opportunity through two different inspection reports in April 2015 and in September 2015 to show that the damage to the building on August 18, 2015, could not have been due to "wear and tear."

12.     Defendant's Policy is ambiguous in its definition of "wear and tear" and in its definition of what constitutes covered losses.

13.     Actual controversies exist between the Plaintiff and the Defendant as to the ambiguousness of the Policy in the Policy's definitions of covered losses, wind damage, wear and

14

tear, and whether or not the damages to Plaintiff's property on August 18, 2015, are covered under the Policy.

WHEREFORE, Plaintiff, BARN II, INC., d/b/a CONKLIN BARN II DINNER THEATRE, by its President, MARY E. SIMON, prays this Court declare the rights of the parties herein and:

A.   That this Court declare that the terms of the Policy are contradictory and ambiguous and that the ambiguity should be resolved against the Defendant, as the drafter of the policy.

B.   That this Court declare that the Plaintiff's claim for coverage be approved by the Defendant under its Policy and that Defendant be ordered to pay to Plaintiff the claim for damages.

C.   That this Court order such other and further relief as it deems fit and proper under the evidence and circumstances.

Respectfully submitted,

BARN II, INC., d/b/a CONKLIN BARN II DINNER THEATRE, by its President, MARY E. SIMON, Plaintiff

By: _____
JOHN P. EDMONDS, Attorney for Plaintiff

JOHN P. EDMONDS, LTD.
Attorney for Plaintiff
110 S.W. Jefferson, Suite 410
Peoria, IL 61602
Phone: (309) 674-3900
Fax: (309) 674-2644
E-mail: jay@jayedmondslaw.com

15



**WEST BEND**
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Commercial Property Coverage Declarations

Customer Number: 1000014146
Policy Number: A030634 00

Policy Period: 04/20/2015 to 04/20/2016
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Barn II Dinner Theater
1451 Timberline Rd
Goodfield, IL 61742

**Agency Name and Address:**          12288
COMPREHENSIVE INS SERVICES INC
10612 TRAILSIDE LN
DUNLAP, IL 61525
309-240-8035

## Description of Location or Premises

| Loc | Bldg | Building and Occupancy Description | Construction | Protection Class |
|-----|------|-----------------------------------|--------------|------------------|
| 1 | 1 | Building #1-Dinner Theater<br>[0832] Theaters - Other than drive-in | Frame | 05 |



EXHIBIT
tabbler
A

DSF 01 01 14

04/27/2015 10:50:30



**WEST BEND**
A MUTUAL INSURANCE COMPANY*

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Commercial Property Coverage Declarations

| | |
|---|---|
| **Customer Number:** 1000014146 **Policy Number:** A030634 00 | **Policy Period:** 04/20/2015 to 04/20/2016 at 12:01 AM Standard Time at Your Mailing Address Shown Below |

| | |
|---|---|
| **Named Insured and Address:** Barn II Dinner Theater 1451 Timberline Rd Goodfield, IL 61742 | **Agency Name and Address:** 12288 COMPREHENSIVE INS SERVICES INC 10612 TRAILSIDE LN DUNLAP, IL 61525 309-240-8035 |

### Commercial Property Coverage Schedule

| Loc | Bldg | Type | Limit of Insurance | Coins | Cause Of Loss | Premiur |
|---|---|---|---|---|---|---|
| 1 | 1 | Building | $1,000,000 | | Special | $5,11 |
| | | Functional Replacement Cost | | | | |
| | | Inflation Guard - 4% | | | | |
| | | Deductible - $1,000 | | | | |

| Loc | Bldg | Type | Limit of Insurance | Coins | Cause Of Loss | Premiun |
|---|---|---|---|---|---|---|
| 1 | 1 | Business Personal Property | $200,000 | 100% | Special | $1,00- |
| | | Replacement Cost | | | | |
| | | Deductible - $1,000 | | | | |

| Loc | Bldg | Type | Limit of Insurance | Coins | Cause Of Loss | Premiun |
|---|---|---|---|---|---|---|
| 1 | 1 | Business Income & Extra Expense Including Rental Value | $100,000 Suspended | | Special | $605 |
| | | 1/3 Monthly Limitation | | | | |
| | | Time Period - 72 hour waiting | | | | |
| | | Ordinance or Law - Increased Period of Restoration | | | | |
| | | Civil Authority - 28 days, 1 mile radius | | | | |

See attached Forms Schedule for forms and endorsements applicable to this coverage.


**WEST BEND**
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Commercial Property Endorsements and Miscellaneous Premiums

Customer Number: 1000014146
Policy Number: A030634 00

Policy Period: 04/20/2015 to 04/20/2016
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Barn II Dinner Theater
1451 Timberline Rd
Goodfield, IL 61742

**Agency Name and Address:**
COMPREHENSIVE INS SERVICES INC
10612 TRAILSIDE LN
DUNLAP, IL 61525
309-240-8035

12288

### Endorsements - Applicable to All Locations

| Description | Number | Premium |
|---|---|---|
| Equipment Breakdown | WB34 | $440 |
| Platinum Pak - Property | NS0348IL | $375 |

### Endorsements - Applicable to a Specific Location

| Loc | Bldg | Description | Number | Premium |
|---|---|---|---|---|
| 1 | 1 | Utility Services - Time Element | CP1545 | $0 |

### Miscellaneous Premiums

| Description | Number | Premium |
|---|---|---|
| Terrorism Risk Insurance Act | | $0 |
| Terrorism Risk Insurance Act (Fire Only) | | $14 |

Total Commercial Property Premium: $7,548

See attached Forms Schedule for forms and endorsements applicable to this coverage.



**WEST BEND**
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Commercial Property Additional Interest Schedule

Customer Number: 1000014146
Policy Number: A030634 00

Policy Period: 04/20/2015 to 04/20/2016
at 12:01 AM Standard Time at Your Mailing Address Shown Below

Named Insured and Address:
Barn II Dinner Theater
1451 Timberline Rd
Goodfield, IL 61742

Agency Name and Address:                          12288
COMPREHENSIVE INS SERVICES INC
10612 TRAILSIDE LN
DUNLAP, IL 61525
309-240-8035

### Additional Interest Schedule

| Loc | Name and Address | Reference/Loan Number | Interest |
|-----|------------------|----------------------|----------|
| 1 | Goodfield State Bank ISAOA<br>PO Box 105<br>Goodfield, IL 61742 | | Mortgageholder |



**WEST BEND**
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Commercial Property Forms Schedule

| | |
|---|---|
| Customer Number: 1000014146 | Policy Period: 04/20/2015 to 04/20/2016 |
| Policy Number: A030634 00 | at 12:01 AM Standard Time at Your Mailing Address Shown Below |

Named Insured and Address:
Barn II Dinner Theater
1451 Timberline Rd
Goodfield, IL 61742

Agency Name and Address:                    12288
COMPREHENSIVE INS SERVICES INC
10612 TRAILSIDE LN
DUNLAP, IL 61525
309-240-8035

## Forms Schedule

| Number | Edition | Description |
|---|---|---|
| CP0010 | 0607 | BUILDING AND PERSONAL PROPERTY  COVERAGE FORM |
| CP0030 | 0607 | BUSINESS INCOME (AND EXTRA EXPENSE)  COVERAGE FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0140Z | 0706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP0438 | 0607 | FUNCTIONAL BUILDING VALUATION |
| CP1030 | 0607 | CAUSES OF LOSS - SPECIAL FORM |
| CP1032 | 0808 | WATER EXCLUSION ENDORSEMENT |
| CP1531 | 0402 | ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION |
| CP1545 | 0607 | UTILITY SERVICES - TIME ELEMENT |
| WB34 | 0414 | EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT |
| WB898 | 0207 | YOUR BUSINESS PERSONAL PROPERTY AMENDMENT TENANT GLASS |
| CP0149 | 0607 | ILLINOIS CHANGES - ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION |
| NS0348IL | 0414 | PLATINUM PAK |

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H., Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

c. Personal Property Of Others that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

### 3. Covered Causes Of Loss

See applicable Causes Of Loss Form as shown in the Declarations.

### 4. Additional Coverages

a. Debris Removal

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

The following examples assume that there is no Coinsurance penalty.

EXAMPLE #1

| Limit of Insurance: | $ 90,000 |
|---|---|
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

EXAMPLE #2

| Limit of Insurance: | | $  90,000 |
|---|---|---|
| Amount of Deductible: | | $      500 |
| Amount of Loss: | | $  80,000 |
| Amount of Loss Payable: | | $  79,500 |
| | | ($80,000 – $500) |
| Debris Removal Expense: | | $  30,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount: | $  10,500 |
| | Additional Amount: | $  10,000 |

© ISO Properties, Inc., 2007

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

f. Electronic Data

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

 © ISO Properties, Inc., 2007

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. Newly Acquired Or Constructed Property

(1) Buildings

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) Your Business Personal Property

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

    (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

d. **Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

    (a) In or on a vehicle; or

    (b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    (a) The trailer is used in your business;

    (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

    (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

    (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
− 250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | | $ 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

© ISO Properties, Inc., 2007
CP 00 10 06 07

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Vacancy

a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d. and e. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

EXAMPLE #1 (UNDERINSURANCE)

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

   © ISO Properties, Inc., 2007   CP 00 10 06 07   □

## EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

    b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.   .

## EXAMPLE #3

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $  75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $  75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $   1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $  30,000 |
| | Personal Property at Location #2: | $  20,000 |
| | | $  50,000 |

Step (1): $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. Mortgageholders

   a. The term mortgageholder includes trustee.

   b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

   e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   f. If we cancel this policy, we will give written notice to the mortgageholder at least:

      (1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

© ISO Properties, Inc., 2007

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Agreed Value

   a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   c. The terms of this Optional Coverage apply only to loss or damage that occurs:

      (1) On or after the effective date of this Optional Coverage; and

      (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. Inflation Guard

   a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

EXAMPLE

| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: | |
| | $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

3. Replacement Cost

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence;

      (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      (4) "Stock", unless the Including "Stock" option is shown in the Declarations.

      Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

© ISO Properties, Inc., 2007

CP 00 10 06 07  □

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. Extension Of Replacement Cost To Personal Property Of Others

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph 3.b.(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

H. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F., Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(1) Business Income Including "Rental Value".

(2) Business Income Other Than "Rental Value".

(3) "Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

a. Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

 © ISO Properties, Inc., 2007

3. Covered Causes Of Loss, Exclusions And Limitations

See applicable Causes Of Loss Form as shown in the Declarations.

4. Additional Limitation – Interruption Of Computer Operations

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. Additional Coverages

a. Civil Authority

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. Alterations And New Buildings

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

© ISO Properties, Inc., 2007

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

   (a) Used in the construction, alterations or additions; or

   (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c. Extended Business Income

   (1) Business Income Other Than "Rental Value"

   If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

   (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

   (b) Ends on the earlier of:

      (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

      (ii) 30 consecutive days after the date determined in (1)(a) above.

   However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

   If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

   (a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

   (b) Ends on the earlier of:

      (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

      (ii) 30 consecutive days after the date determined in (2)(a) above.

   However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. Interruption Of Computer Operations

   (1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

   (2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

 © ISO Properties, Inc., 2007

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss — Special Form applies, coverage under this Additional Coverage — Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss — Broad Form applies, coverage under this Additional Coverage — Interruption Of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage — Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage — Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage — Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. Coverage Extension

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

NEWLY ACQUIRED LOCATIONS

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

© ISO Properties, Inc., 2007

CP 00 30 06 07  □

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

 © ISO Properties, Inc., 2007

3. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption Of Operations

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

D. Additional Condition

COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

a. The Net Income (Net Profit or Loss before income taxes), and

b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step (1): Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step (2): Divide the Limit of Insurance for the described premises by the figure determined in Step (1); and

Step (3): Multiply the total amount of loss by the figure determined in Step (2).

We will pay the amount determined in Step (3) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form CP 15 11 is attached);

(11) All ordinary payroll expenses or the amount of payroll expense excluded (if Form CP 15 10 is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

EXAMPLE #1 (UNDERINSURANCE)

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $150,000 ÷ $200,000 = .75

Step (3): $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Maximum Period Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

    (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

    (2) The Limit of Insurance shown in the Declarations.

2. Monthly Limit Of Indemnity

    a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

        (1) The Limit of Insurance, multiplied by

        (2) The fraction shown in the Declarations for this Optional Coverage.

EXAMPLE

| When: | The Limit of Insurance is: | | $ 120,000 |
|---|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | | |
| | If, in this example, the actual amount of loss is: | | |
| | Days 1–30: | | $ 40,000 |
| | Days 31–60: | | $ 20,000 |
| | Days 61–90: | | $ 30,000 |
| | | | $ 90,000 |
| | We will pay: | | |
| | Days 1–30: | | $ 30,000 |
| | Days 31–60: | | $ 20,000 |
| | Days 61–90: | | $ 30,000 |
| | | | $ 80,000 |

The remaining $10,000 is not covered.

3. Business Income Agreed Value

    a. To activate this Optional Coverage:

        (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

            (a) During the 12 months prior to the date of the Work Sheet; and

            (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

        (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

            (a) The Coinsurance percentage shown in the Declarations; multiplied by

            (b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

    b. The Additional Condition, Coinsurance, is suspended until:

        (1) 12 months after the effective date of this Optional Coverage; or

        (2) The expiration date of this policy;

        whichever occurs first.

    c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

        (1) Within 12 months of the effective date of this Optional Coverage; or

        (2) When you request a change in your Business Income Limit of Insurance.

    d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

        (1) The Business Income Limit of Insurance; divided by

        (2) The Agreed Value.

© ISO Properties, Inc., 2007
CP 00 30 06 07   □

EXAMPLE

| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $  80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

    4. **Extended Period Of Indemnity**

Under Paragraph A.5.c., Extended Business Income, the number 30 in Subparagraphs (1)(b) and (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

    1. "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

    2. "Operations" means:

      a. Your business activities occurring at the described premises; and

      b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

    3. "Period of restoration" means the period of time that:

      a. Begins:

        (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

        (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

      b. Ends on the earlier of:

        (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        (2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

    (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

    4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    5. "Rental Value" means Business Income that consists of:

      a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

      b. Continuing normal operating expenses incurred in connection with that premises, including:

        (1) Payroll; and

        (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

    6. "Suspension" means:

      a. The slowdown or cessation of your business activities; or

      b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

CP 00 90 07 88    □

COMMERCIAL PROPERTY
CP 01 40 Z 07 06

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion set forth in Paragraph B. applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

B. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

C. However, the exclusion in Paragraph B. does not apply to the following:

1. Loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy; or

2. Coverage otherwise provided under Food Contamination Endorsement WB1598 (if that endorsement is attached to this Commercial Property Policy.

D. With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

E. The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

F. The terms of the exclusion in Paragraph B., or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

POLICY NUMBER:  A030634

COMMERCIAL PROPERTY
CP 04 38 06 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNCTIONAL BUILDING VALUATION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

## SCHEDULE

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 1 | 1 | $1,000,000 |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. The Limit of Insurance shown in the above Schedule is the only limit of insurance applicable to the building described in the above Schedule.

B. The **Coinsurance** Additional Condition does not apply to the building described in the above Schedule.

C. With respect to the building described in the above Schedule, the following replaces Items **a.** and **b.** of the **Valuation** Loss Condition:

1. If you contract for repair or replacement of the loss or damage to restore the building shown in the above Schedule for the same occupancy and use, within 180 days of the damage unless we and you otherwise agree, we will pay the smallest of the following, **a.**, **b.**, **c.**, or **d.**:

   a. The Limit of Insurance shown in the above Schedule as applicable to the damaged building;

   b. In the event of a total loss, the cost to replace the damaged building on the same site (or on a different site if relocation is required by an ordinance or law as described in Paragraph E.2.a. below), with a less costly building that is functionally equivalent to the damaged building.

   c. In the event of partial loss:

      (1) The cost to repair or replace the damaged portion of the building with less costly material, if available, in the architectural style that existed before the loss or damage occurred; and

      (2) The amount you actually spend to demolish and clear the site of undamaged parts of the building as described in Paragraph E.2.b. below.

   d. The amount you actually spend:

      (1) That is necessary to repair or replace the lost or damaged building with less costly material if available; and

      (2) To demolish and clear the site of undamaged parts of the building as described in Paragraph E.2.b. below.

2. If you do not make a claim under Paragraph 1. above, we will pay the smallest of the following, **a.**, **b.**, or **c.**:

   a. The Limit of Insurance shown in the above Schedule as applicable to the damaged building;

   b. The "market value" of the damaged building, exclusive of the land value, at the time of loss; or

© ISO Properties, Inc., 2007

c. The amount it would cost to repair or re-place the damaged building on the same site, with less costly material in the architectural style that existed before the damage occurred, less allowance for physical deterioration and depreciation.

D. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Functional Building Valuation insurance. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Functional Building Valuation insurance bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, our insurance is excess. But we will not pay more than the applicable Limit of Insurance.

E. Ordinance Or Law Coverage

1. Application Of Coverage

The Ordinance Or Law Coverage provided under this endorsement applies to the building described in the above Schedule only if both E.1.a. and E.1.b. are satisfied and are then subject to the qualifications set forth in E.1.c.

a. The ordinance or law:

(1) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(2) Is in force at the time of loss.

But Ordinance Or Law Coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

b.(1) The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

(2) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

(3) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no Ordinance Or Law Coverage under this endorsement even if the building has also sustained covered direct physical damage.

c. In the situation described in E.1.b.(2) above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B and/or C of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section G. of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages A, B and/or C of this endorsement.

2. Description Of Coverage

The following coverage(s) apply to the building described in the above Schedule, subject to Paragraph C. and all other provisions of this endorsement.

This is not additional insurance; losses covered under Coverages A, B and C are included within the Limit of Insurance shown in the above Schedule as applicable to the building.

a. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that requires the demolition of undamaged parts of the same building.

© ISO Properties, Inc., 2007

b. **Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

c. **Coverage C – Cost To Reconstruct In Compliance With An Ordinance Or Law**

With respect to the building that has sustained covered direct physical damage, the cost to repair, reconstruct or remodel the damaged and/or undamaged portions of the building (whether or not demolition is required) will include costs that are a consequence of enforcement of the minimum requirements of the ordinance or law. If the building is repaired or rebuilt, it must be intended for similar occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

However, we will not pay for the cost to reconstruct in compliance with an ordinance or law if the building is not repaired or replaced.

3. We will not pay under this endorsement for:

a. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

b. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

4. Under this endorsement we will not pay for loss due to any ordinance or law that:

a. You were required to comply with before the loss, even if the building was undamaged; and

b. You failed to comply with.

F. The following definition is added:

"Market value", as used in this endorsement, means the price which the property might be expected to realize if offered for sale in a fair market.

G. Example of Proportionate Loss Payment For Ordinance or Law Coverage Losses (procedure as set forth in Section E.1.c. of this endorsement)

Assume:

● Wind is a Covered Cause Of Loss; Flood is an excluded Cause of Loss

● The building sustains a partial loss

● Total direct physical damage to building: $100,000

● Portion of direct physical damage that is covered (caused by wind): $30,000

● Portion of direct physical damage that is not covered (caused by flood): $70,000

● The cost to repair the building includes $60,000 attributable to enforcement of an ordinance (Coverage C)

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step 2:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage C loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverages A and B of this endorsement.

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.**, Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or

2. Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   c. **Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. Utility Services

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. Water

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in g.(1) through g.(4) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. "Fungus", Wet Rot, Dry Rot And Bacteria

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

© ISO Properties, Inc., 2007

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   (a) Electrical current, including arcing;

   (b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

   (c) Pulse of electromagnetic energy; or

   (d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

   (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   (3) Smog;

   (4) Settling, cracking, shrinking or expansion;

   (5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   (6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   (7) The following causes of loss to personal property:

      (a) Dampness or dryness of atmosphere;

      (b) Changes in or extremes of temperature; or

      (c) Marring or scratching.

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   (1) Acting alone or in collusion with others; or

   (2) Whether or not occurring during the hours of employment.

   This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

© ISO Properties, Inc., 2007

k. Collapse, including any of the following conditions of property or any part of the property:

  (1) An abrupt falling down or caving in;

  (2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  (3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

  (a) To the extent that coverage is provided under the Additional Coverage – Collapse; or

  (b) To collapse caused by one or more of the following:

    (i) The "specified causes of loss";

    (ii) Breakage of building glass;

    (iii) Weight of rain that collects on a roof; or

    (iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

  (1) Planning, zoning, development, surveying, siting;

  (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

  (3) Materials used in repair, construction, renovation or remodeling; or

  (4) Maintenance;

of part or all of any property on or off the described premises.

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form

We will not pay for:

  (1) Any loss caused by or resulting from:

    (a) Damage or destruction of "finished stock"; or

    (b) The time required to reproduce "finished stock".

    This exclusion does not apply to Extra Expense.

  (2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

  (3) Any increase of loss caused by or resulting from:

    (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

b. Leasehold Interest Coverage Form

(1) Paragraph B.1.a., Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. Legal Liability Coverage Form

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B.1.a., Ordinance Or Law;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.e., Utility Services; and

(e) Paragraph B.1.f., War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) Contractual Liability

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) Nuclear Hazard

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

5. Additional Exclusion

The following provisions apply only to the specified property.

LOSS OR DAMAGE TO PRODUCTS

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

 © ISO Properties, Inc., 2007

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, C.3., does not apply to Business Income Coverage or to Extra Expense Coverage.

© ISO Properties, Inc., 2007

CP 10 30 06 07

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

D. **Additional Coverage — Collapse**

The coverage provided under this Additional Coverage — Collapse applies only to an abrupt collapse as described and limited in D.1. through D.7.

1. For the purpose of this Additional Coverage — Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (1) A cause of loss listed in 2.a. or 2.b.;

      (2) One or more of the "specified causes of loss";

      (3) Breakage of building glass;

      (4) Weight of people or personal property; or

      (5) Weight of rain that collects on a roof.

3. This Additional Coverage — Collapse does not apply to:

   a. A building or any part of a building that is in danger of falling down or caving in;

   b. A part of a building that is standing, even if it has separated from another part of the building; or

   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in 2.a. through 2.d., we will pay for loss or damage to that property only if:

      (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

      (2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse of personal property was caused by a cause of loss listed in 2.a. through 2.d.;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in 4., regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph 5. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in D.1. through D.7.

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in E.2. and E.6. only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under E.2. of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.2. (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

  © ISO Properties, Inc., 2007

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. Additional Coverage Extensions

1. Property In Transit

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while in transit between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. Glass

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, F.3., does not increase the Limit of Insurance.

G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL PROPERTY
CP 10 32 08 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion in Paragraph B. replaces the Water Exclusion in this Coverage Part or Policy.

B. Water

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1., 3. or 4., or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs 1. through 5., is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs 1. through 5., results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

COMMERCIAL PROPERTY
CP 15 31 04 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW – INCREASED PERIOD OF RESTORATION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

A. If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

1. Regulates the construction or repair of any property;

2. Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

3. Is in force at the time of loss.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of any ordinance or law which requires:

1. The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

2. Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

B. The Period of Restoration definition is replaced by the following:

3. "Period of Restoration" means the period of time that:

a. Begins:

(1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or

(2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

The expiration date of this policy will not cut short the "period of restoration".

C. The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

POLICY NUMBER:  A030634

COMMERCIAL PROPERTY
CP 15 45 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE

| | | | Enter "X" for each applicable Property | | | | |
|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Utility Services Limit Of Insurance | Water Supply Property | Communication Supply Property (including overhead transmission lines) | Communication Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) | Power Supply Property (not including overhead transmission lines) |
| 1 | 1 | $          100,000 | X | | X | | X |
| Causes Of Loss Form Applicable:   Special - InclTheft | | | | | | | |
| | | $ | | | | | |
| Causes Of Loss Form Applicable: | | | | | | | |
| | | $ | | | | | |
| Causes Of Loss Form Applicable: | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | |

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as indicated in the Schedule) to the property described in Paragraph C. if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

© ISO Properties, Inc., 2007

C. Utility Services

1. **Water Supply Services,** meaning the following types of property supplying water to the described premises:

   a. Pumping stations; and

   b. Water mains.

2. **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

3. **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

D. The **Coinsurance** Additional Condition does not apply to this endorsement.

E. The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the described premises.

 © ISO Properties, Inc., 2007 CP 15 45 06 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

## SCHEDULE

| Coverage | Limit |
|---|---|
| Spoilage | $50,000 |

### Deductibles

Combined, All Coverages
Direct Coverages
Indirect Coverages

or _____ hrs.
or _____ times average daily value

## Other Conditions

The following is added to A. 4., Additional Coverages of the Building And Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit-Owners Coverage Form:

Additional Coverage - Equipment Breakdown

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident."

As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

b. Artificially generated electrical, magnetic, or electromagnetic energy, including electric arcing that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2001

WB 34 04 14

Page 1 of 5

c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d. Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. The following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.

a. Expediting Expenses

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

(1) Make temporary repairs; and

(2) Expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $25,000.

b. Hazardous Substances

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b)below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

c. Spoilage

(1) We will pay:

(a) For physical damage to "perishable goods" due to spoilage;

(b) For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

(c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in the above Schedule.

d. Data Restoration

We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

e. Service Interruption

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications service, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

(3) The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2001

WB 34 04 14

f. Business Income and Extra Expense

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

3. Exclusions

All exclusions in the Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

a. The following exclusions are modified:

(1) If the Causes of Loss - Basic Form or Causes of Loss - Broad Form applies, the following is added to Exclusion B.2.:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

(2) The following is added to Exclusion B.1.g.:

However, if electrical "covered equipment" requires drying out because of water as described in g.(1) through g.(3) above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

(3) If the Causes of Loss - Special Form applies as respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.d.(1)through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident".

b. The following exclusions are added:

(1) We will not pay for loss, damage or expense caused by or resulting from:

(a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

(b) Any of the following:

(i) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

(ii) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

(2) With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in 1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

(3) With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

(4) We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

(5) We will not pay for any loss or damage to animals.

4. Definitions

The following definitions are added:

a. "Boilers and Vessels" means:

(1) Any boiler, including attached steam, condensate and feedwater piping; and

(2) Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in the above Schedule.

b. "Covered equipment"

(1) "Covered equipment means, Covered Property:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2001

(a) That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

(b) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

(2) None of the following is "covered equipment":

(a) Structure, foundation, cabinet, compartment or air supported structure or building;

(b) Insulating or refractory material;

(c) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(d) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(e) "Vehicle" or any equipment mounted on a "vehicle";

(f) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(g) Dragline, excavation or construction equipment; or

(h) Equipment manufactured by you for sale.

c. "Data" means information or instructions stored in digital code capable of being processed by machinery.

d. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

e. "Media" means material on which "data" is recorded such as magnetic tapes, hard disks, optical disks or floppy disks.

f. "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

g. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

h. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this endorsement, but may appear in the above Schedule.

i. Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

5. Deductible

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Schedule above. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision D. Deductible is deleted and replaced with the following:

a. Deductibles for Each Coverage

(1) Unless the above Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

(2) We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the above Schedule.

We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

(3) If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

b. Direct and Indirect Coverages

(1) Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the above Schedule.

(2) Unless more specifically indicated in the above Schedule:

(a) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

(b) Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

c. Application of Deductibles

(1) Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the above Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

(2) Time Deductible

If a time deductible is shown in the above Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

(3) Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period.

No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption.

The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the above Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

6. Conditions

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form and the Common Policy Conditions.

a. Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

(1) Your last known address; or

(2) The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

b. Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

c. Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# YOUR BUSINESS PERSONAL PROPERTY AMENDMENT TENANT GLASS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Coverage provided by this endorsement is subject to the Cause of Loss Form attached to this policy and policy's Deductible.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other coverage Parts or other Policies.

A. Under Section A1. Covered Property paragraph b. Your Business Personal Property (8) Exterior and/or interior glass is added.

   (8) Exterior and/or interior Glass - will be considered part of your Business Personal Property if:

      (a) You are a tenant;

      (b) You have a contractual responsibility to insure such property or to pay for damage to it and

      (c) This policy does not insure the building.

B. Under Section A1. Covered Property paragraph 1(c) Personal Property of Others is replaced by the following:

   1. Covered Property

      c. **Personal Property of Others**

         (1) Personal property of others that is:

            (a) In your care, custody or control; and

            (b) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises

   (2) Personal Property of Others includes exterior and/or interior glass that is part of the building described in the Declaration only if:

      (a) You are a tenant;

      (b) You have a contractual responsibility to insure such property or to pay for damage to it and

      (c) This policy does not insure the building.

   (3) Our payment for loss of or damage to property covered under Personal Property of Others will only be for the account of the owner of the property.

   (4) If you are contractually liable for a specific amount, we will pay the least of the following:

      (a) The amount for which you are contractually liable;

      (b) The amount determined in accordance with the applicable Valuation Condition or any provision which replaces it or

      (c) The Limit of Insurance.

COMMERCIAL PROPERTY
CP 01 49 06 07

# ILLINOIS CHANGES – ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion set forth in:

1. Paragraph B.2.a. of the Standard Property Policy, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form and the Causes Of Loss – Special Form; and

2. **Paragraph B.2.b.** of the Mortgageholders Errors And Omissions Coverage Form

is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# PLATINUM PAK

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

### SCHEDULE OF COVERAGE

| Sec | Coverage | Limit | Sec | Coverage | Limit |
|---|---|---|---|---|---|
| 1 | Accounts Receivable | $250,000 | 23 | Outdoor Fences | Included |
| 2 | Building Material Theft | $5,000 | 24 | Outdoor Property | $10,000 |
| 3 | Building Ordinance Or Law | Included | 25A | Outdoor Signs-Attached | Included |
| 4 | Business Crime | $5,000 | 25B | Outdoor Signs-Detached | $20,000 |
| 5 | Business Income & Extra Expense | $25,000 | 26 | Peak Season-Percent Increase | 100% |
| 6 | Business Travel Accidental Death | $50,000 | 27 | Personal Effects/Property of Others | $25,000 |
| 7 | Change in Temperature/Humidity | $50,000 | 28 | Political Unrest Coverage | $50,000 |
| 8 | Computer Fraud Coverage | $5,000 | 29 | Pollutant Clean Up/ Removal | $25,000 |
| 9 | Conference Cancellation | $25,000 | 30 | Portable Tools | $25,000 |
| 10 | Debris Removal | $25,000 | 31 | Premises Boundary Extension | 1,000 ft |
| 11 | Donation Assurance | $50,000 | 32 | Property at Fairs or on Exhibition | $50,000 |
| 12 | Emergency Real Estate Consulting | $50,000 | 33 | Property in Custody of Salespersons | $25,000 |
| 13 | Fine Arts | $25,000 | 34 | Property In Transit | $25,000 |
| 14 | Fire Department Service Charge | $250,000 | 35 | Property Off-Premises | $100,000 |
| 15 | Fire Protection Device Recharging | Included | 36 | Rewards | $50,000 |
| 16 | Fundraising Event Blackout | $25,000 | 37 | Spoilage | $10,000 |
| 17 | Glass Breakage | $5,000 | 38 | Temporary Meeting Space Rental | $25,000 |
| 18 | Identity Theft Expense | $50,000 | 39 | Terrorism Travel Reimbursement | $50,000 |
| 19 | Image Restoration Counseling | $50,000 | 40 | Travel Delay Reimbursement | $1,500 |
| 20 | Key Individual Replacement | $50,000 | 41 | Utility Services | Included |
| 21 | Kidnap Expense | $50,000 | 42 | Valuable Papers and Records | $250,000 |
| 22A | Newly Acquired Building | Unlimited | 43 | Workplace Violence Counseling | $50,000 |
| 22B | Newly Acquired Contents | $500,000 | | | |

Coverage provided by this endorsement is subject to the Cause of Loss Form attached to this policy and the policy's Deductible provision unless otherwise noted.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other Coverage Parts or other Policies, provided by West Bend Mutual Insurance Company.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

1. **Accounts Receivable**

The following paragraph is added to Section A.4. Additional Coverages:

You may extend the insurance that applies to Your Business Personal Property to apply to your records of accounts receivable.

A. In the event of a loss to your accounts receivable records caused by a covered peril, we cover:

1. The sums that are due and that you cannot collect from your customers because of the loss;

2. The interest charge on a loan if that loan is used to offset those sums that cannot be collected, pending our payment of those sums.

3. Collection costs that result from a loss which are above your normal collection costs; and

4. The reasonable cost to reconstruct your accounts receivable records.

B. We do not pay for loss that results from electrical or magnetic injury, disturbance or erasure of electronic data or records that is caused by:

1. erroneous programming or faulty equipment instructions;

2. faulty or inadequate installation or maintenance of data processing equipment.

But we do cover loss or damage by lightning.

C. We do not pay for loss caused by bookkeeping, accounting, or billing errors or omissions.

D. If a loss occurs and you cannot establish the actual accounts receivable, amount due, it will be determined as follows:

1. We will determine the average monthly gross sales accounts receivable for the 12-month period that directly precedes the month in which the loss occurred; and

2. We will adjust this average amount for any variable variance in the accounts receivable amount for the month in which the loss occurred.

3. We will pay the lesser of:

The reasonable cost to reconstruct your accounts receivable; or

The total sum of accounts receivable due

From this total sum we will deduct:

a. all amounts due from the accounts receivable records that are not lost;

b. all amounts due that can be established by other means;

c. all amounts due that you have collected from the records that are lost;

d. all unearned interest and service charges; and

e. an amount to allow for bad debts.

We do not cover more than your insurable interest in any property

The most we will pay for loss or damage under this coverage is $250,000 at each described premises. For accounts receivable not at the described premises, the most we will pay is $2,500.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles applies to this Additional Coverage.

2. **Building Material Theft**

We will pay for loss or damage by theft or attempted theft of building materials and supplies not attached as part of the building or structure located either on or off premises owned by you.

The most we will pay under this coverage is $5,000. The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles applies to this Additional Coverage.

3. **Building Ordinance Or Law Coverage**

The following is added to Section A.5. Coverage Extensions:

A. If the Replacement Cost option is indicated in the Declarations for a covered building damaged by a covered cause of loss, we will pay:

1. **Coverage 1 - Coverage for Loss to the Undamaged Portion of the Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage 1 for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

2. **Coverage 2 - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc. 2001
NS 0348 II 04 14

3. **Coverage 3 - Increased Cost of Construction Coverage**

   a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      i. Repair or reconstruct damaged portions of that building; and/or

      ii. Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

   However:

      i. This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      ii. We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   b. When a building is damaged or destroyed and **Coverage 3** applies to that building in accordance with a. above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in a.:

      i. The cost of excavations, grading, backfilling and filling;

      ii. Foundation of the building;

      iii. Pilings; and

      iv. Underground pipes, flues and drains.

   The items listed in c.i. through c.iv. above are deleted from Property Not Covered, but only with respect to the coverage described in this provision.

**B. Loss Payment**

   All following loss payment Provisions are subject to the apportionment procedures set forth in Paragraph C.3. under **Application of Coverage(s)**.

   1. **Coverage 1 - Coverage for Loss to the Undamaged Portion of the Building**

   When there is a loss in value of an undamaged portion of a building the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the property is being repaired or replaced on the same or another premises, we will not pay more than the lesser of:

      i. The amount you would actually spend to repair, rebuild, or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      ii. The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the property is not repaired or replaced we will not pay more than the lesser of:

      i. The actual cash value of the building at the time of loss; or

      ii. The Limit of Insurance shown in the Declarations as applicable to the covered building.

   The insurance provided by **Coverage 1** does not increase Section C. **Limits Of Insurance.**

   The COINSURANCE Additional Condition applies to coverage for loss to the undamaged portion of the building.

   2. **Coverage 2 - Demolition Cost Coverage**

   Loss payment under Coverage 2 -- Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. 10% of the Limit of Insurance that applies to the covered building(s).

   The insurance provided by **Coverage 2** does not increase Section C. **Limits Of Insurance.**

   The COINSURANCE Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage 3 - Increased Cost of Construction Coverage**

Loss payment under Coverage 3 — Increased Cost of Construction Coverage will be determined as follows:

a. We will not pay under **Coverage 3**:

   i. Until the property is actually repaired or replaced at the same or another premises; and

   ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under **Coverage 3** is the lesser of:

   i. The increased cost of construction at the same premises; or

   ii. The Limit of Insurance shown in the Declarations as applicable to the covered building.

c. If the ordinance or law requires relocation to another premises, the most we will pay under **Coverage 3** is the lesser of:

   i. The increased cost of construction at the new premises; or

   ii. The Limit of Insurance shown in the Declarations as applicable to the covered building.

The insurance provided by **Coverage 3** does not increase Section **C. Limits of Insurance.**

The COINSURANCE Additional Condition does not apply to Increased Cost of Construction.

The terms of this coverage apply separately to each building to which this coverage applies.

4. Under this coverage, we will not pay for loss due to any ordinance or law that:

a. You were required to comply with before the loss, even if the building was undamaged; and

b. You failed to comply with.

c. We will not pay under this Coverage Extension for enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus" wet or dry rot or bacteria; or

The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

C. **Application of Coverage(s)**

Coverages 1, 2 and/or 3 apply only if both **C.1.** and **C.2.** below are satisfied and are then subject to the qualifications set forth in **C.3.**

1. The ordinance or law:

a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

b. Is in force at the time of loss.

But coverage under this Coverage Extension applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Coverage Extension.

2.a. The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

b. The building sustains direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

c. But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Coverage Extension even if the building has also sustained covered direct physical damage.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

NS 0348 IL 04 14

3. In the situation described in C.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages 1, 2 and/or 3 of this Coverage Extension. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages 1, 2 and/or 3 of this Coverage Extension.

D. Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses.

Assume:

1. Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

2. The building has a value of $200,000

3. Total direct physical damage to building: $100,000

4. The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

5. Portion of direct physical damage that is covered (caused by wind): $30,000

6. Portion of direct physical damage that is not covered (caused by flood): $70,000

7. Loss under Ordinance or Law Coverage 3 of this endorsement: $60,000

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step 2:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this Coverage Extension for the **Coverage 3** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE:    The same procedure applies to losses under **Coverages 1** and 2 of this Coverage Extension.

This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Coverage Extension

4. **Business Crime**

The following paragraph is added to A.4. Additional Coverages:

A. **Coverage 1 – Employee Theft**

We will pay up to $5,000 for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

B. **Coverage 2 –Forgery Or Alteration**

We will pay up to $5,000 for loss resulting directly from "forgery"; or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are :

1. Made or drawn by or drawn upon you; or

2. Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

If a suit is brought against you for refusing to pay any instrument covered above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to coverage.

C. **Coverage 3 – Money and Securities**

We will pay up to $5,000 for loss of "money" and "securities" inside the "premises" or "banking premises" resulting directly from "theft", disappearance or destruction.

We will pay up to $5,000 for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

D. **Exclusions**

1. Under **Coverage 1 – Employee Theft, Coverage 2 - Forgery or Alteration** and **Coverage 3 – Money and Securities** we will not pay for:

a. Loss resulting from "theft" or any other dishonest act committed by:

1. You; or

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

Page 5 of 23

2. Any of your partners or "members";

whether acting alone or in collusion with other persons.

b. Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

1. Whether acting alone or in collusion with other persons; or

2. While performing services for you or others;

except when covered under Employee Theft.

c. Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

1. Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

2. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

3. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

d. Expenses related to any legal action, except when covered under Coverage 2 - Forgery or Alteration.

2. Under Coverage 1 – Employee Theft, we will not pay for:

a. Loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

b. Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

1. An inventory computation; or

2. A profit and loss computation.

However, where you establish wholly apart from such computations, that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

c. Loss resulting from trading, whether in your name or in a genuine or fictitious account.

d. Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

3. Under Coverage 3 – Money & Securities we will not pay for:

a. Loss resulting from accounting or arithmetical errors or omissions.

b. Loss resulting from the giving or surrendering of property in any exchange or purchase.

c. Loss or damage resulting from fire, however caused, except:

1. Loss from damage to a safe or vault; and

2. Loss of or damage to "money" and "securities" inside the "premises" or "banking premises".

d. Loss of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

e. Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

f. Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

1. On the basis of unauthorized instructions;

2. As a result of a threat to do bodily harm to any person; or

3. As a result of a threat to do damage to any property.

But, this exclusion does not apply to loss of "money" or "securities" while outside the "premises" in the care and custody of a messenger if you:

1. Had no knowledge of a threat at the time the conveyance began;

2. Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

g. Loss resulting from you, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001
Page 6 of 23
NS 0348 II 04 14

## E. Conditions

The following Conditions apply to Business Crime in addition to the Common Policy Conditions & Commercial Property Conditions.

### 1. Termination As To Any Employee

This insurance terminates as to any "employee":

a. As soon as:

i. You; or

ii. Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

b. On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

### 2. Extended Period To Discover Loss

a. We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is discovered by you no later than 1 year from the date of that cancellation.

b. However, this extended period to discover loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

### 3. Joint Insured

a. If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

b. If any Insured; or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

c. An "employee" of any Insured is considered to be an "employee" of every Insured.

d. If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if discovered by you during the period of time provided in the Extended Period to Discover Loss Condition.

However, this extended period to discover loss terminates as to that Insured immediately upon the effective date of any other insurance obtained by that Insured replacing in whole or in part the insurance afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

e. We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

### 4. Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate

If any loss is covered:

a. Partly by this insurance; and

b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or policy period to policy period.

### 5. Loss Sustained

Subject to the Loss Sustained During Prior Insurance Condition, we will pay for loss that you sustain through acts committed or events occurring during the policy period shown in the Declarations and discovered by you:

a. During the policy period.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

b. During the period of time provided in the Extended Period To Discover Loss Condition.

6. **Loss Sustained During Prior Insurance**

a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

i. This insurance became effective at the time of cancellation or termination of the prior insurance; and

ii. The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

i. This insurance as of its effective date; or

ii. The prior insurance had it remained in effect.

7. **Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

a. That you own or lease; or

b. That you hold for others whether or not you are legally liable, except for property inside the premises of a "client" of yours.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

8. **Records**

You must keep records of all property coverage under this insurance so we can verify the amount of any loss.

9. **Recoveries**

a. Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expenses of such recovery:

i. First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

ii. Second, to us in satisfaction of amounts paid in settlement of your claim;

iii. Third, to you in satisfaction of any Deductible Amount; and

iv. Fourth, to you in satisfaction of any loss not covered under this insurance.

b. Recoveries do not include any recovery:

i. From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

ii. Of original "securities" after duplicates of them have been issued.

10. **Valuation – Settlement**

a. We will pay for:

i. Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America.

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

ii. Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

(a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in, and to those "securities"; or

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

(i) Market Value of the "securities" at the close of business on the day the loss was discovered; or

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc. 2001

NS 0348 II 04 14

(ii) The Limit of Insurance applicable to the "Securities."

iii. Loss of or damage to "other property" for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

(a) The Limit of Insurance applicable to the lost or damaged property;

(b) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

(c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

We will not pay on a replacement cost basis for any loss or damage:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

b. We may, at our option, pay for loss of or damage to property other than "money":

i. In the "money" of the country in which the loss occurred; or

ii. In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

11. Territory

The following Condition applies to Coverage 1 – Employee Theft.

We will pay for loss caused by any employee while temporarily outside the territory specified in the Commercial Property Conditions for a period of not more than 90 days.

12. The following Condition applies to Coverage 2 – Forgery or Alteration.

a. The Deductible Amount does not apply to legal expenses paid under Forger or Alteration coverage.

b. We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

c. You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

d. We will cover loss you sustain anywhere in the world. The Territory Condition found in the Commercial Property Conditions does not apply to Forgery or Alterations coverage.

13. Armored Motor Vehicle Companies

The following Condition applies to Coverage 3 – Theft of Money and Securities – Outside the Premises. We will only pay for the amount of loss you cannot recover:

a. Under your contract with the armored motor vehicle company; and

b. From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

F. The following Definitions apply to Business Crime in addition to the Definitions in the Building and Personal Property Coverage Form.

1. "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Client" means any entity for whom you perform services under a written agreement.

3. "Employee":

a. Employee" means:

i. Any natural person:

(a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee",

(b) Who you compensate directly by salary, wages or commissions; and

(c) Who you have the right to direct and control while performing services for you;

ii. Any natural person who is furnished temporarily to you;

(a) To substitute for a permanent "employee" as defined in Paragraph i. above, who is on leave; or

(b) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises; or

iii. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph ii. above;

iv. Any natural person who is a trustee, officer, "employee", administrator or "manager", except an administrator or "manager" who is an independent contractor.

b. "Employee" does not mean:

i. any agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

ii. Any "manager", director or trustee except while performing acts coming within the scope of the usual duties of an "employee".

4. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

5. "Funds" means "money" and "securities".

6. "Manager" means a person serving a directional capacity for a limited liability company.

7. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

8. "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

9. "Money" means:

a. Currency, coins, bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

10. "Occurrence" means:

a. As respects Employee Theft, all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

b. As respects Forgery or Alterations, all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

c. As respects Theft of Money and Securities Inside the Premises and Outside the Premises:

i. An individual act or series of related acts involving one or more persons; or committed by a person acting alone or in collusion with other persons during the policy period shown in the Declarations;

ii. The combined total of all separate acts whether or not related; or

iii. A series of related acts, whether or not related.

11. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property excluded under this insurance.

12. "Premises" means the interior of that portion of any building you occupy in conducting your business.

13. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidence of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money".

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

NS 0348 IL 04 14

14. "Theft" means the unlawful taking of "money", "securities", or "other property" to the deprivation of the insured.

The limit of insurance provided by this Additional Coverage is in addition to **Section C. Limits Of Insurance.** Section D. Deductibles applies to this Additional Coverage.

5. **Business Income and Extra Expense**

A. We will pay for the actual loss of Business Income and necessary "Extra Expenses" you sustain due to the necessary "suspension" of your "operations" during a "period of restoration" due to direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

1. The portion of the building which you rent, lease or occupy; and

2. Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

B. **Exclusions**

The following Exclusions apply to this Business Income and Extra Expense coverage:

1. This Extension does not include any increased time needed due to enforcement of any ordinance or law regulating:

a. Building or land usage, demolition, or construction, or

b. Environmental damage or restoration.

2. If lost or damaged Covered Property is not repaired or replaced, no coverage is provided under this Extension.

3. Item **B. Exclusions, 4. Special Exclusions, paragraphs a.(1) through (5)** on the **CAUSES OF LOSS – SPECIAL FORM** apply to this Extension.

C. **Loss Determination**

1. The amount of Business Income loss will be determined based on:

a. The Net Income of the business before the direct physical loss or damage occurred;

b. The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

c. The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

d. Other relevant sources of information, including:

i. Your financial records and accounting procedures;

ii. Bills, invoices and other vouchers; and

iii. Deeds, liens or contracts.

2. The amount of "Extra Expense" will be determined based on:

a. All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

i. The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

ii. Any "Extra Expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

iii. We will reduce the amount of your "Extra Expense" loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

b. Necessary expenses that reduce the "Extra Expense" otherwise incurred.

3. **Resumption Of Operations**

We will reduce the amount of your Business Income loss to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc. 2001

Page 11 of 23

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### D. Civil Authority

We will extend this coverage to apply to actual loss of "business income" as a result of the described premises being closed by order of governmental authority due to an occurrence of a public health hazard. The order to close must follow damage caused by a Covered Cause of Loss to property within one mile of the described premises. We will pay only for loss you sustain after the first 24 hours following the order to close.

### E. Lost Lease Protection

"Business Income" And "Extra Expense" is extended to add the following:

1. We will pay for costs you incur for "lost lease interest" when due to the cancellation of lease contracts by your tenants. Such cancellation must result from a direct physical loss by a Covered Cause of Loss to covered real property during the policy period.

2. "Lost lease interest" means the difference between the rent payments you were collecting prior to a covered loss and the total anticipated rental income including any tenant obligations you may be responsible for after loss or damage has been repaired or rebuilt.

3. "Lost lease interest" does not include refunds or rebates for prepaid rent payments made on your behalf by tenants, or deposits of any kind made by tenants to a landlord or lessor of other premises.

4. Coverage under this Extension begins on the date of a covered loss and ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

### F. Dependent Property Income

We will pay if the necessary suspension of your operations at the described premises is the result of loss or damage at the premises of a dependent property, caused by or resulting from a Covered Cause of Loss.

Dependent property means a property operated by others whom you depend on to:

1. Deliver materials or services to you (Contributing Locations);

2. Accept your products or services (Recipient Locations); or

3. Manufacture products of your customers under contract of sale (Manufacturing Locations).

This Extension only applies to the amount of loss incurred beginning on the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the premises of a dependent property, and ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

### G. Definitions

1. "Business income" means:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

   b. Continuing normal operating expenses necessarily incurred, including payroll.

2. "Extra Expense" means expense incurred:

   a. To avoid or minimize the suspension of business and to continue your operations at any location;

   b. To minimize the suspension of business if you cannot continue your operations; or

   c. To repair or replace any property; to research, replace, or restore the information on damaged valuable papers and records, but only if those expenses reduce the amounts otherwise payable in this Endorsement.

3. "Operations" means your business activities occurring at the described premises.

4. "Period of Restoration" means the period of time that:

   a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      i. The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      ii. The date when business is resumed at a new permanent location.

   c. "Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

NS 0348 II 04 14

i. Regulates the construction, use or repair, or requires the tearing down of any property; or

ii. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

5. "Suspension" means the slowdown or cessation of your business activities.

The most we will pay under this Additional Coverage for all coverages combined is $25,000. The limit of insurance provided under this Additional Coverage is in addition to Section C. Limits Of Insurance.

No deductible or waiting period applies, except as shown above in paragraph E. Civil Authority.

6. Business Travel Accidental Death Benefit

The following paragraph is added to Section A.4. Additional Coverages:

We will pay a Business Travel Accidental Death Benefit for any expenses incurred by the Named Insured if a Director or Officer suffers an "injury" resulting in death or loss of limbs, sight, speech or hearing as described paragraph B. below, while traveling on a common carrier for business purposes during the policy. The limit of insurance for this Coverage is $50,000 per policy period.

A. There will be no coverage if the cause of the "injury" that resulted in loss was:

1. an intentional act by the insured;

2. an act of suicide or attempted suicide, whether or not the deceased was sane or insane at the time of the attempted suicide;

3. an act of war;

4. a disease process.

B. For the purpose of this additional coverage, we will pay the Business Travel Accident Benefit amount if the "injury" resulted in:

1. Physical damage to the body caused by violence, fracture, or an accident that results in loss of life not later than 180 days after the policy expiration, the date of cancellation or the date of non-renewal;

2. Accidental loss of limbs or multiple fingers;

3. Total loss of sight, speech or hearing.

The limit of insurance provided by this Additional Coverage is $50,000 per policy period. The limit of insurance provided under this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

7. Change in Temperature or Humidity

The following paragraph is added to Section A.4. Additional Coverages:

We will pay for loss or damage to Covered Property as a result of change in temperature or humidity due to direct physical damage to building or equipment, only while such equipment or apparatus is at the described premises. The damage to the building or equipment must have been caused by a Covered Cause of Loss.

When the Causes of Loss – Special Form applies, this Coverage Extension supersedes exclusion B.2.d.(7)(b).

The most we will pay for loss or damage under this Coverage Extension is $50,000 at each described premises for Covered Property other than personal computers or EDP equipment and Fine Arts coverage afforded by the applicable Coverage Extension.

Business Income or Extra Expense does not apply to this Coverage Extension.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles applies to this Additional Coverage.

8. Computer Fraud Coverage

A. We will pay for loss of money, securities and property other than money and securities resulting directly from "computer fraud".

B. Additional Exclusions – We will not pay for loss as specified below:

1. Acts of Employees, Directors, Trustees or Representatives - Loss resulting from any dishonest or criminal act committed by any of your employees, directors, trustees or authorized representatives:

a. Acting alone or in collusion with other persons; or

b. While performing services for you or otherwise.

2. Inventory Shortages - Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

a. An inventory computation; or

b. A profit and loss computation.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

C. If you have reason to believe that any loss of, or loss from damage to Covered Property involves a violation of law, you must notify the police.

D. "Computer fraud" means theft of property following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the premises or banking premises to a person(s) (other than a messenger) outside those premises or to a place outside those premises.

E. "Occurrence" means an:

1 Act or series of related acts involving one or more persons; or

2. Act or event, or a series of related acts or events not involving any person.

The limit of insurance provided by this coverage is $5,000 per policy period. The limit of insurance provided under this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles applies to this Additional Coverage.

9. Conference Cancellation

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse the insured for any business-related expenses, paid by the insured and not otherwise reimbursed, for a canceled conference that an employee was scheduled to attend.

With respect to this coverage:

a. The insured employee must have registered for the conference at least 30 days prior to the cancellation; and

b. The cancellation must be ordered by a local, state or federal Board of Health or other governmental authority having jurisdiction over the location of the conference.

The limit of insurance for this coverage is $25,000 per policy period. The limit of insurance provided under this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

10. Debris Removal

Under Section A.4. Additional Coverages, Paragraph a. Debris Removal, item (4), the additional amount that we will pay for debris removal expense is amended to read $25,000. All other conditions remain unchanged.

11. Donation Assurance

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse you for "Failed Donation Claim(s)".

A. With respect to any "Failed Donation Claim":

1. the donor must never have been in bankruptcy, nor have filed for bankruptcy/reorganization prior to the time said pledge was made to the insured;

2. for non-cash donations, payment will be based on the fair market value of said non-cash donation at the time of the "Failed Donation Claim;"

3. in the case of unemployment incapacitation of a donor and as a condition of payment of the "Failed Donation Claim;"

a. neither you nor the donor shall have had reason to believe the donor would become unemployed or incapacitated subsequent to the donation date and;

b. the donor shall be unemployed for at least 60 days prior to us making payment;

4. no coverage shall be afforded for a written pledge of funds or other measurable tangible property to you dated prior to the policy period;

5. a donation amount which is to be collected over more than a 12 month period shall be deemed a single donation.

B. "Failed Donation Claim" means written notice to the Insured during the Policy Period of:

1. the bankruptcy or reorganization of any donor whereby such bankruptcy or reorganization prevents the donor from honoring a prior written pledge of funds or other measurable tangible property to the Insured; or

2. the unemployment or incapacitation of a natural person donor preventing him/her from honoring a prior written pledge of funds or other measurable tangible property to the Insured.

The limit for this coverage is $50,000 per policy period. The limit of insurance provided under this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

12. Emergency Real Estate Consulting Fee

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse you for any realtor's fee or real estate consultant's fee you incur resulting from your need to relocate due to the "Unforeseeable destruction" of your principal location as shown on the declarations.

"Unforeseeable Destruction" means damage resulting from a "Certified Act of Terrorism", fire, crash or collapse which renders all of the insured's primary location completely unusable.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

NS 0348 IL 04 14

The limit for this coverage is $50,000 per policy period. The limit of insurance provided under this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

13. Fine Arts

The following paragraph is added to Section A.4. Additional Coverages:

You may extend the insurance that applies to your Business Personal Property to apply to your "fine arts".

A. "Fine arts" means paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit.

"Antique" means an object having value because its:

1. craftsmanship is in the style or fashion of former times; and

2. age is 100 years old or older.

B. We do not pay for loss caused by processing of or work upon the covered property including repairs or restoration. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

C. Fine Arts loss payment will be valued on the actual cash value of the property at the time of loss. When the damaged article is part of a pair or set, you may choose one of the following methods of loss payment:

1. We will pay you the actual cash value of the entire pair or set. You will return to us the remaining pieces; or

2. We will pay you the cost to repair the damaged pieces and you will keep the undamaged pieces. If the pair or set, with the repaired pieces, has a lower value than it had prior to the loss, we will also pay the difference. In no event will we pay more than the value the pair or set had prior to the loss; or

3. We will pay you the actual cash value of the lost or damaged pieces prior to the loss when the pieces cannot be found or repaired. You will keep the undamaged pieces. If the remaining pieces have a reduced value, we will pay the difference between the value of the remaining pieces prior to the loss and after the loss. In no event will we pay more than the value the pair or set had prior to the loss.

D. You must do everything that is reasonably within your control to insure that each item is properly packed and unpacked when being moved or stored.

The most we will pay for loss or damage under this Coverage Extension is $25,000 at each described premises.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles applies to this Additional Coverage.

14. Fire Department Service Charge

Under Section A.4. Additional Coverages, Paragraph c. Fire Department Service Charge, the amount that we will pay for fire department service charges is amended to read $250,000. All other conditions remain unchanged.

15. Fire Protection Devices Recharging

The following paragraph is added to Section A.4. Additional Coverages:

We will pay your expense to recharge your automatic fire protection equipment that is permanently installed in buildings at the described premises when such equipment is discharged to fight a fire.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply to this Additional Coverage.

16. Fundraising Event Blackout

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse the insured for fundraising event expense that are incurred due to the cancellation of a fundraising event caused by the lack of electric supply resulting in a power outage, provided the fundraising event is not rescheduled. The fundraising event must have been planned at least 30 days prior to the power outage.

The limit of insurance for this coverage is $25,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

17. Glass Breakage

A. We will pay for direct physical loss of or damage to building glass at the locations scheduled on the Declarations resulting from a Covered Cause of Loss provided that:

1. You are a tenant of the building shown in the Schedule; and

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001
NS 0348 II 04 14
Page 15 of 23

2. You have a contractual responsibility to insure the building glass, or a contractual responsibility to pay for loss or damage to that property.

B. The value of property covered under this Endorsement will be determined in accordance with item **E. Loss Conditions; 7. Valuation** on the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**, or at the amount for which you are liable under contract, whichever is less. If required by law, glass is covered at the cost of replacement with safety glazing material.

The limit of insurance for this coverage is $5,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits Of Insurance**. Section **D. Deductibles** applies to this coverage.

**18. Identity Theft Expense**

The following paragraph is added to Section **A.4. Additional Coverages:**

We will reimburse any present Director or Officer of the Named Insured, for "Identity Theft Expenses" incurred as the direct result of any "Identity Theft" first discovered and reported during the policy period; provided that it began to occur subsequent to the effective date of the Insured's first policy with us.

"Identity Theft", whenever used in this endorsement means the act of knowingly transferring or using, without lawful authority, a means of identification of any Officer or Director (or spouse thereof) of the Named Insured, with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

"**Identity Theft Expenses**" means:

A. costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

B. costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors

C. loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

"**Spouse**" means:

A. Spouse or party to a civil union recognized under Illinois law.

The limit of insurance for this coverage will be $50,000 per policy period. This coverage is in excess of any other insurance that may be applicable. The limit of insurance provided is in addition to Section **C. Limits Of Insurance**. Section **D. Deductibles** does not apply.

**19. Image Restoration Counseling**

The following paragraph is added to Section **A.4. Additional Coverages:**

A. We will reimburse you for expenses incurred for image restoration and counseling arising out of "Improper Acts" by any Insured. Covered expenses are limited to:

   1. the costs of rehabilitation and counseling for the accused Insured provided the Insured is not ultimately found guilty of criminal conduct, said reimbursement to occur after acquittal of the Insured;

   2. the costs, charged by a recruiter or expended on advertising, of replacing an Officer as a result of "Improper Acts"; and

   3. up to $10,000 for the costs of restoring the Named Insured's reputation and consumer confidence through image consulting.

B. "**Improper Acts**" means any actual or alleged act of:

   1. sexual abuse

   2. sexual intimacy

   3. sexual molestation; and/or

   4. sexual assault;

committed by an Insured against any natural person who is not an Insured. Such "Improper Acts" must have been committed by the Insured while in his or her capacity as an insured.

The limit of insurance for this coverage is $50,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits Of Insurance**. Section **D. Deductibles** does not apply.

**20. Key Individual Replacement Expenses**

The following paragraph is added to Section **A.4. Additional Coverages:**

We will pay "Key Individual Replacement Expenses" if the Executive Officer or Director suffers an "injury" while in the course of employment during the policy period which results in the loss of life during the policy period.

"**Key Individual Replacement Expenses**" means:

A. costs of advertising the employment position opening;


Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

B. travel, lodging, meal and entertainment expenses incurred in interviewing job applicants for the employment position opening; and

C. miscellaneous extra expenses incurred in finding, interviewing and negotiating with the job applicants, including, but not limited to, overtime pay, costs to verify the background and references of the applicants and legal expenses incurred to draw up employment contracts.

The limit of insurance for this coverage is $50,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

21. Kidnap Expense

The following paragraph is added to Section A.4. Additional Coverages:

We will pay on behalf of any Officer or Director of the Insured, reasonable fees incurred as a result of the kidnapping of them or their spouse, parent or child during the policy period. Coverage will not apply to any kidnapping by or at the direction of any present or former family member of the victim.

Reasonable fees will include:

A. fees and expenses of an independent negotiator or consultant retained with prior approval from us;

B. costs of travel and accommodations incurred by the Named Insured which become necessary due to the applicable kidnapping;

C. the reward paid by the Named Insured, which is pre-approved by us, to an informant for information not otherwise available which leads to the arrest and conviction of persons responsible for any damages under this policy; and

D. the current salary of your Officer or Director who is kidnapped. Salary shall be paid for a period commencing upon abduction and ceasing upon the earliest of either the release of the employee, or discovery of the death of the employee, or 120 days after we receive the last credible evidence that the employee is still alive, or twelve (12) months after the date of kidnapping, or the exhaustion of the kidnap expense limit, whichever comes first.

"Spouse" means:

A. Spouse or party to a civil union recognized under Illinois law.

The limit of insurance for this coverage is $50,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

22. Newly Acquired or Constructed Property

A. (1) Buildings

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises; and

(i) Similar use as the building described in the Declarations; or

(ii) Use as warehouse.

Insurance under this Coverage Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

B. Under Section A.5. Coverage Extensions, Paragraph a. Newly Acquired Or Constructed Property, item (2) Your Business Personal Property, the amount that we will pay under this extension is amended to read $500,000.

All other conditions remain unchanged.

23. Outdoor Fences

The following paragraph is added to Section A.5. Coverage Extensions:

Outside fences are added as Covered Property - Building (Section A.1.a.) or Covered Property - Business Personal Property (Section A.1.b.).

Section D. Deductibles applies to this Additional Coverage.

24. Outdoor Property

Under Section A.5. Coverage Extensions, Paragraph e. Outdoor Property, the amount that we will pay for loss or damage under this extension is amended to read $10,000, but not more than $500 for any one tree, shrub or plant.

25. Outdoor Signs

A. Attached Outdoor Signs

The following paragraph is added to Section A.5. Coverage Extensions:

Attached signs are added as Covered Property - Buildings (Section A.1.a.) or Covered Property - Business Personal Property (Section A.1.b.).

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

NS 0348 IL 04 14

Page 17 of 23

The provision in the Limits Of Insurance section which pertains to signs does not apply.

Section D. Deductibles applies to this Coverage Extension.

**B. Detached Outdoor Signs**

The following paragraph is added to Section A.5. Coverage Extensions:

1. When this endorsement is attached to **Building and Personal Property Coverage Form or Condominium Association Coverage Form** detached signs are added as Covered Property - Building (Section A.1.a.) or Covered Property - Business Personal Property (Section A.1.b.).

2. When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form** detached signs are added as Covered Property Business Personal Property (Section A.1.a.). The provision in the Limits of Insurance section which pertains to signs does not apply. The most we will pay for loss or damage under this Coverage Extension for Detached Outdoor Signs is $20,000 at each described premises.

Section D. Deductibles applies to this Additional Coverage.

**26. Peak Season**

Under Section **C. LIMITS OF INSURANCE:**

A. The following is added:

**Peak Season**

You may increase the insurance that applies to Your Business Personal Property or Stock by 100% to provide for seasonal variations if the limit of liability shown in the Declarations is 80% or more of the insured's average monthly values for the 12 months immediately preceding the date of loss, or in the event you have been in business for less than 12 months, such shorter period of time.

This section does not apply to property covered under a value reporting form or on a blanket basis.

**27. Personal Effects And Property Of Others**

Section **A.5. Coverage Extensions,** Paragraph b. Personal Effects And Property Of Others is deleted and replaced by the following:

You may extend the insurance that applies to Your Business Personal Property to apply to:

A. Personal Effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

The most we will pay for loss or damage to Personal Effects under this Coverage Extension is $25,000 at each described premises. Coverage for employee tools is limited to $2,500 at each described premises.

B. Personal Property of Others in your care, custody or control. The most we will pay for loss or damage to Personal Property of Others under this Coverage Extension is $25,000 at each described premises. Coverage for employee tools is limited to $2,500 at each described premises.

Our payment for loss or damage to Personal Property of Others will only be for the account of the owner of the property.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.** Section **D. Deductibles** does not apply to this Coverage Extension.

**28. Political Unrest Coverage**

The following paragraph is added to Section A.4. **Additional Coverages:**

We will reimburse any present director, officer, employee or volunteer of the named insured while traveling outside the United State of America for "emergency evacuation expenses" that are incurred as a result of an incident of "political unrest". This "political unrest" must occur during the policy period. No coverage is granted for travel to countries in a state of "political unrest" at the time of departure of the travel.

A. "Emergency Evacuation Expense" means:

1. Additional lodging expenses;

2. Additional transportation expenses;

3. The cost of obtaining replacements of lost or stolen travel documents necessary for evacuation from the area of "political unrest"; and

4. Translation services, message transmittals and other communication expenses;

provided these expenses are not otherwise reimbursable.

B. "Political Unrest" means"

1. A short-term condition of disturbance, turmoil or agitation within a foreign country that poses imminent risk to the security of citizens of the United States;

2. A long-term condition of disturbance, turmoil or agitation that makes a foreign country dangerous or unstable for citizens of the United States; or

3. A condition of disturbance, turmoil or agitation within a foreign country that constrains the United States Government's ability to assist citizens of the United States, due to the closure or inaccessibility of an embassy or consulate or because of a reduction of its staff;

for which either an alert of travel warning has been issued by the United States Department of State.

The limit of insurance for this coverage is $50,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits Of Insurance.** Section **D. Deductibles** does not apply.

29. **Pollutant Clean Up And Removal**

Under Section **A.4. Additional Coverages** Paragraph **d. Pollutant Clean Up And Removal,** the additional amount that we will pay for the sum of all covered expenses is amended to read $25,000. All other conditions remain unchanged.

30. **Portable Tools**

The following paragraph is added to Section **A.4 Additional Coverages:**

A. We cover your portable tools and equipment and those of your employees. This includes their containers, spare parts and accessories. We also cover similar property that belongs to others and for which you are liable. Coverage is provided while tools are on or off premises.

We do not cover:

1. Property that is held for sale.

2. Property that you rent to others.

3. Building materials or other materials and supplies.

4. Plans, blueprints, designs or specifications.

We will pay up to $25,000 in any one occurrence as a Limit of Insurance to loss or damage to portable tools, but not more than $5,000 to "you" or any employee. Coverage is provided on an Actual Cash Value basis. This extension replaces any coverage for employees tools which may be afforded by other provisions of the Building and Personal Property Coverage Form.

B. If the Cause of Loss - Special Form applies, Section **C. Limitations** paragraph **2.c.** is deleted and replaced by:

"c. Builders' machinery provided such property is Covered Property. However, this limitation does not apply:

(1) If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or Extra Expense coverage."

The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits Of Insurance.** Section **D. Deductibles** applies to this Additional Coverage.

31. **Premises Boundary Extension**

Under Section **A. 1. Covered Property:** paragraph **a. Building,** item **(5)(b);** paragraph **b. Your Business Personal Property;** and paragraph **c. Personal Property Of Others** item **(2),** the distance limitation is amended to read within 1,000 feet of the described premises.

Under Section **A.5. Coverage Extensions** the distance limitation in the first paragraph is amended to read within 1,000 feet of the described premises.

32. **Property at Fairs or on Exhibition**

The following paragraph is added to Section **A.4. Additional Coverages:**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property and Personal Property of Others while at any fair or exhibition not located within 1,000 feet of the described premises. This Extension does not apply to fine arts or your salespersons samples.

The most we will pay for loss or damage under this Additional Coverage is $50,000.

The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits Of Insurance.** Section **D. Deductibles** applies to this Additional Coverage..

33. **Property in the Custody of Salespersons**

The following paragraph is added to Section **A.4. Additional Coverages:**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property in the care, custody or control of a salesperson and not located within 1,000 feet of the described premises.

The most we will pay for loss or damage under this Additional Coverage is $25,000.

The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits Of Insurance.** Section **D. Deductibles** applies to this Additional Coverage.

34. **Property In Transit**

The following paragraph is added to Section **A.4. Additional Coverages:**

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001
NS 0248 II 04 14
Page 19 of 23

If the Causes of Loss – Special Form is attached, the Additional Coverage Extension – Property in Transit is deleted.

We will pay for loss of or damage to Covered Property while in transit.

Coverage is provided while the property is in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

A. The most we will pay for loss or damage under this Coverage Extension is:

1. $5,000 on Fine Arts;

2. $5,000 on Personal Computers and EDP Equipment;

3. $5,000 on Data and Media;

4. $25,000 on All Other Property except as noted below.

B. This Coverage Extension does not apply to:

1. Money and Securities;

2. Covered Property owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location;

3. Property in the care, custody or control of your salesperson;

4. Accounts Receivable; or

5. Valuable Papers.

6. Property of others for which you are responsible as a carrier for hire or car loader, consolidator, broker, freight forwarder, shipping association, or other arranger of transportation.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles applies to this Additional Coverage.

35. Property Off-Premises

Paragraph d. Property Off-Premises is deleted and replaced by:

A. You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

1. Temporarily at a location you do not own, lease or operate; or

2. In storage at a location you lease, provided the lease was executed after the beginning of the current policy term.

B. This Coverage Extension does not apply to Covered Property:

1. In or on a vehicle;

2. In the care, custody or control of your salesperson;

3. At any fair or exhibition;

4. Covered Property owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location.

5. Money and securities;

6. Contractors equipment or tools used to conduct your operations away from the described premises;

7. Accounts receivable; or

8. Valuable papers.

C. The most we will pay for loss or damage under this Coverage Extension is $100,000. Insurance under this Coverage Extension will end when any of the following first occurs:

1. This policy expires, or

2. 90 days expire after your Covered Property is temporarily at a location you do not own, lease or operate.

The limit of insurance provided for this Coverage Extension is in addition to Section C. Limits of Insurance. Section D. Deductibles does not apply to this Coverage Extension.

36. Rewards

The following paragraph is added to Section A.4. Additional Coverages:

We will pay, up to $50,000, for information which leads to the arrest and conviction of the person(s) who caused the loss covered under this coverage part. Regardless of the number of persons involved in providing information our liability under this Coverage Extension will not be increased.

This Coverage Extension does not apply to:

A. you;

B. your family members; or

C. your employees or independent contractors.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply to this Additional Coverage.

37. Spoilage

The following paragraph is added to Section A4. Additional Coverages:

We will pay for loss of or damage to perishable stock at the described premises. Perishable stock means personal property maintained under controlled conditions for its presentation and susceptible to loss or damage if the controlled conditions change. We will not cover property located on buildings, in the open, or in vehicles.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc., 2001

NS 0348 IL 04 14

We will pay for loss or damage to perishable stock caused by breakdown or contamination or power outage. Breakdown or contamination means change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling, or humidity control apparatus and equipment at the described premises. Breakdown or contamination includes contamination by the refrigerant. Power outage means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will not pay for loss or damage caused by or resulting from:

1. The disconnection of any refrigerating, cooling, or humidity control system from the source of power.

2. The deactivation of electrical power caused by the manipulation of any switch or other devise used to control the flow of electrical power or current.

3. The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

   a. Lack of fuel; or

   b. Governmental order.

4. The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

5. Breaking of any glass that is a permanent part of any refrigerating, cooling, or humidity control unit.

The most we will pay for loss or damage under this coverage extension is $10,000 each described premises.

The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

38. Temporary Meeting Space Rental

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse you for the rental of meeting space which is necessitated by the temporary unavailability of your primary office space due to the failure of a climate control system, or leakage of a hot water heater during the policy period. Coverage will exist only for the renting of temporary meeting space required for meeting with parties who are not insured under this policy.

The limit of insurance for this coverage is $25,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

39. Terrorism Travel Reimbursement

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse any of your present Directors or Officers in the event of a "Certified Act of Terrorism" during the policy period which necessitates that he/she incurs "Emergency Travel Expenses."

"Emergency Travel Expenses" means:

A. hotel expenses incurred which directly result from the cancellation of a scheduled transport by a common carrier resulting directly from and within forty-eight hours of a "Certified Act of Terrorism;" and

B. the increased amount incurred in air or train fare which may result from rescheduling comparable transport, to replace a similarly scheduled transport canceled by a common carrier in direct response to a "Certified Act of Terrorism."

The limit of insurance for this coverage is $50,000 per policy period. The limit of insurance provided this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

40. Travel Delay Reimbursement

The following paragraph is added to Section A.4. Additional Coverages:

We will reimburse any of your present Directors or Officers for any non-reimbursable expenses they incur as a result of the cancellation of any regularly scheduled business travel on a common carrier.

The limit of insurance for this coverage is $1,500 per policy period. The limit of insurance provided this Additional Coverage is in addition to Section C. Limits Of Insurance. A 72 waiting period deductible applies to this Additional Coverage.

41. Utility Services

Under Section B. Exclusions and Limitations the following changes apply to Section B. Exclusions of the applicable covered Causes of Loss Form:

a. Exclusion 1.e. Utility Services is deleted and replaced by:

The failure of "power", communication, water, or other "utility service" supplied to the described premises, however caused, if the failure:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
© ISO Properties, Inc. 2001
NS 0248 II 04 14
Page 21 of 23

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communications, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss. We will also pay for loss or damage resulting from direct physical loss or damage by a covered cause of loss to water supply services, communication supply services, or power supply services, other than overhead transmission, subtransmission, distribution or communication lines not on the described premises.

Communication Services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

For purposes of this provision:

(1) **Water Supply Services**, meaning the following types of property supplying water to the described premises:

   (a) Pumping stations; and

   (b) Water mains.

(2) **Communication Supply Services**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   (a) Communication transmission lines, including fiber optic transmission lines;

   (b) Coaxial cables; and

   (c) Microwave radio relays except satellites.

(3) **Power Supply Services**, meaning the following types of property supplying electricity, steam or gas to the described premises:

   (a) Utility generating plants;

   (b) Switching stations;

   (c) Substations;

   (d) Transformers; and

   (e) Transmission lines.

b. Exclusion 1.g.(3) does not apply to loss of or damage to Accounts Receivable, Fine Arts, and Valuable Papers.

c. Exclusion 1.g.(4) does not apply to loss of or damage to Accounts Receivable, Fine Arts, Personal Computers, EDP Equipment, Data or Media and Valuable Papers.

d. If The Causes of Loss - Basic Form is attached, exclusions 2.b., 2.c. and 2.d. do not apply to loss of or damage to Accounts Receivable, Fine Arts, and Valuable Papers.

e. If the Causes of Loss – Broad Form is attached, exclusion 2.b. does not apply to loss of or damage to Accounts Receivable, Fine Arts, and Valuable Papers.

f. If the Causes of Loss – Special Form is attached, exclusions 2.e., 2.f. and 2.g. do not apply to loss of or damage to Accounts Receivable, Fine Arts, and Valuable Papers.

The insurance provided by this coverage does not increase Section **C. Limits of Insurance.** Section **D. Deductibles** applies to this coverage.

42. **Valuable Papers And Records (Other Than Electronic Data)**

Paragraph 5.c. **Valuable Papers And Records (Other Than Electronic Data)** - is deleted and replaced by:

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.

We will not pay for loss caused by electrical or magnetic damage, disturbance, or erasure of electronic recordings. However, we will pay for damage, disturbance, or erasure caused by lightning.

We will not pay for loss caused by errors or omissions in processing, duplicating, or copying. But if a fire or explosion results we will pay for the resulting loss.

The most we will pay for loss or damage under this Coverage Extension is $250,000 at each described premises.

For valuable papers and records not at the described premises, the most we will pay is $2,500.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.** Section **D. Deductibles** does not apply to this Coverage Extension.

43. Workplace Violence Counseling

The following paragraph is added to Section A.4. Additional Coverages:

In the event that an incidence of "workplace violence" occurs at any of your premises during the policy period, we will reimburse you for expenses incurred for the emotional counseling of your employees during the policy period.

"Workplace violence" means any intentional use of or threat to use deadly force with intent to cause harm and that results in bodily "injury" or death of an insured, and insured's employee or any other person while on the your premises.

The limit of insurance for this coverage is $50,000 per policy period. The limit of insurance provided by this Additional Coverage is in addition to Section C. Limits Of Insurance. Section D. Deductibles does not apply.

44. Definitions

The following definitions are added to Section H. Definitions: ·

A. "Injury" means any physical damage to the body caused by accident, violence, sickness or disease sustained by a person, including death resulting from any of these at any time.

**WEST BEND**
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Crime Coverage Declaration

Customer Number: 1000014146
Policy Number: A030634 00

Policy Period: 04/20/2015 to 04/20/2016
at 12:01 AM Standard Time at Your Mailing Address Shown Below

Named Insured and Address:
Barn II Dinner Theater
1451 Timberline Rd
Goodfield, IL 61742

Agency Name and Address:
COMPREHENSIVE INS SERVICES INC
10612 TRAILSIDE LN
DUNLAP, IL 61525
309-240-8035

12288

## Crime Schedule

| Insuring Agreement | Limit of Insurance | Deductible | Premium |
|---|---|---|---|
| Employee Theft | $25,000 | $500 | $359 |
| Inside the Premises - Theft of Money and Securities | $10,000 | $500 | $654 |
| Outside the Premises | $10,000 | $500 | $23 |

Total Crime Premium  $1,036

04/27/2015 10:50:30



**WEST BEND**
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

New Business

## Crime Coverage Declaration

**Customer Number:** 1000014146
**Policy Number:** A030634 00

**Policy Period:** 04/20/2015 to 04/20/2016
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Barn II Dinner Theater
1451 Timberline Rd
Goodfield, IL 61742

**Agency Name and Address:**
COMPREHENSIVE INS SERVICES INC
10612 TRAILSIDE LN
DUNLAP, IL 61525
309-240-8035

12288

## Forms Schedule

| Number | Edition | Description |
|--------|---------|-------------|
| CR0021 | 0506 | COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED FORM) |
| CR0202 | 1010 | ILLINOIS CHANGES |

CCR 03 04 14

04/27/2015 10:50:30

CRIME AND FIDELITY
CR 00 21 05 06

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition E.1.k. or E.1.l., which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition E.1.g.:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

(1) Made or drawn by or drawn upon you; or

(2) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original if replaced.

b. If you are sued for refusing to pay any instrument covered in Paragraph 2.a., on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises – Theft Of Money And Securities

a. We will pay for loss of "money" and "securities" inside the "premises" or "banking premises":

(1) Resulting directly from "theft" committed by a person present inside such "premises" or "banking premises"; or

(2) Resulting directly from disappearance or destruction.

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

c. We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

### 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property

a. We will pay for loss of or damage to "other property":

(1) Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

(2) Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

 © ISO Properties, Inc., 2005

c. We will pay for loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

5. **Outside The Premises**

   a. We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

   b. We will pay for loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

6. **Computer Fraud**

   We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

   a. To a person (other than a "messenger") outside those "premises"; or

   b. To a place outside those "premises".

7. **Funds Transfer Fraud**

   We will pay for loss of "funds" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

8. **Money Orders And Counterfeit Money**

   We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

   a. Money orders issued by any post office, express company or bank that are not paid upon presentation; or

   b. "Counterfeit money" that is acquired during the regular course of business.

B. **Limit Of Insurance**

   The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit of Insurance shown in the Declarations.

   If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or Coverages.

C. **Deductible**

   We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

D. **Exclusions**

   1. This insurance does not cover:

      a. **Acts Committed By You, Your Partners Or Your Members**

         Loss resulting from "theft" or any other dishonest act committed by:

         (1) You; or

         (2) Any of your partners or "members";

         whether acting alone or in collusion with other persons.

      b. **Acts Of Employees Learned Of By You Prior To The Policy Period**

         Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

      c. **Acts Of Employees, Managers, Directors, Trustees Or Representatives**

         Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

         (1) Whether acting alone or in collusion with other persons; or

         (2) While performing services for you or otherwise;

         except when covered under Insuring Agreement **A.1.**

      d. **Confidential Information**

         Loss resulting from:

         (1) The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

© ISO Properties, Inc., 2005
CR 00 21 05 06

(2) The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

e. **Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

f. **Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

(2) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

g. **Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement A.2.

h. **Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

i. **Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

j. **War And Military Action**

Loss or damage resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2. Insuring Agreement **A.1.** does not cover:

a. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(1) An inventory computation; or

(2) A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

b. **Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

c. **Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

3. Insuring Agreements **A.3., A.4.** and **A.5.** do not cover:

a. **Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

b. **Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

c. **Fire**

Loss or damage resulting from fire, however caused, except:

(1) Loss of or damage to "money" and "securities"; and

(2) Loss from damage to a safe or vault.

d. **Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

e. **Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

f. **Transfer Or Surrender Of Property**

(1) Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

(a) On the basis of unauthorized instructions;

(b) As a result of a threat to do bodily harm to any person;

(c) As a result of a threat to do damage to any property;

(d) As a result of a threat to introduce a denial of service attack into your computer system;

(e) As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system;

(f) As a result of a threat to contaminate, pollute or render substandard your products or goods; or

(g) As a result of a threat to disseminate, divulge or utilize:

(i) Your confidential information; or

(ii) Weaknesses in the source code within your computer system.

(2) But, this Exclusion does not apply under Insuring Agreement A.5. to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

(a) Had no knowledge of any threat at the time the conveyance began; or

(b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

g. **Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

h. **Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

4. Insuring Agreement A.6. does not cover:

a. **Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

b. **Funds Transfer Fraud**

Loss resulting from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

c. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(1) An inventory computation; or

(2) A profit and loss computation.

5. Insuring Agreement A.7. does not cover:

COMPUTER FRAUD

Loss resulting from the use of any computer to fraudulently cause a transfer of "money", "securities" or "other property".

© ISO Properties, Inc., 2005
CR 00 21 05 06     □

## E. Conditions

The following Conditions apply in addition to the Common Policy Conditions:

1. **Conditions Applicable To All Insuring Agreements**

   a. **Additional Premises Or Employees**

   If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Declarations.

   b. **Concealment, Misrepresentation Or Fraud**

   This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresent a material fact concerning:

   (1) This insurance;

   (2) The property covered under this insurance;

   (3) Your interest in the property covered under this insurance; or

   (4) A claim under this insurance.

   c. **Consolidation – Merger Or Acquisition**

   If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

   (1) You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

   (2) For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

   d. **Cooperation**

   You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

   e. **Duties In The Event Of Loss**

   After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

   (1) Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement A.1. or A.2.) involves a violation of law, you must also notify the local law enforcement authorities.

   (2) Submit to examination under oath at our request and give us a signed statement of your answers.

   (3) Produce for our examination all pertinent records.

   (4) Give us a detailed, sworn proof of loss within 120 days.

   (5) Cooperate with us in the investigation and settlement of any claim.

   f. **Employee Benefit Plans**

   (1) The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement A.1.

   (2) If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Insuring Agreement A.1. that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

(3) With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement A.1. is replaced by the following:

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

(4) If the first Named Insured is an entity other than 'a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

(5) If two or more Plans are insured under this insurance, any payment we make for loss:

(a) Sustained by two or more Plans; or

(b) Of commingled "funds" or "other property" of two or more Plans;

resulting directly from an "occurrence" will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

(6) The Deductible Amount applicable to Insuring Agreement A.1. does not apply to loss sustained by any Plan.

g. Extended Period To Discover Loss

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

(1) No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(2) No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

h. Joint Insured

(1) If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

(2) If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

(3) An "employee" of any Insured is considered to be an "employee" of every Insured.

(4) If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

(a) No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(b) No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

(5) We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

(6) Payment by us to the first Named Insured for loss sustained by any Insured, other than an "employee benefit plan", shall fully release us on account of such loss.

i. Legal Action Against Us

You may not bring any legal action against us involving loss:

(1) Unless you have complied with all the terms of this insurance;

(2) Until 90 days after you have filed proof of loss with us; and

(3) Unless brought within 2 years from the date you "discovered" the loss.

© ISO Properties, Inc., 2005
CR 00 21 05 06    □

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

j. Liberalization

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

k. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate

(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

(a) Partly during the Policy Period shown in the Declarations; and

(b) Partly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the Policy Period(s) of the prior insurance.

(2) Loss Sustained Entirely During Prior Insurance

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest for the loss, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the Policy Period(s) of any other prior insurance.

(3) In settling loss subject to this Condition:

(a) The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

(b) We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

(4) The following examples demonstrate how we will settle losses subject to this Condition E.1.k.:

EXAMPLE NO. 1:

The insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy A and Policy B.

POLICY A

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

POLICY B

Issued prior to Policy A. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy A is $2,500 and under Policy B is $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy A. The Policy A Deductible Amount of $5,000 applies. The loss is settled as follows:

1. The amount of loss sustained under Policy A ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

2. The remaining amount of loss sustained under Policy B ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy A of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

EXAMPLE NO. 2:

The insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy A and Policy B.

POLICY A

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

POLICY B

Issued prior to Policy A. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy A is $175,000 and under Policy B is $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy B. The Policy A Deductible Amount of $10,000 applies. The loss is settled as follows:

1. The amount of loss sustained under Policy A ($175,000) is settled first. The amount we will pay is the Policy A Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000 which is greater than the $125,000 policy limit.

2. The remaining amount of loss sustained under Policy B ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy B limit - $125,000 paid under Policy A = $25,000).

The most we will pay for this loss is $150,000.

EXAMPLE NO. 3:

The insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies A, B, C and D.

POLICY A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

POLICY B

Issued prior to Policy A. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

POLICY C

Issued prior to Policy B. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

POLICY D

Issued prior to Policy C. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy A is $350,000, under Policy B is $250,000, under Policy C is $600,000 and under Policy D is $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy A. The Policy A Deductible Amount of $100,000 applies. The loss is settled as follows:

1. The amount of loss sustained under Policy A ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

2. The amount of loss sustained under Policy B ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

3. The amount of loss sustained under Policy C ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

4. We will not make any further payment under Policy D as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy A has been satisfied.

The most we will pay for this loss is $1,000,000.

© ISO Properties, Inc., 2005

CR 00 21 05 06

**l. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

(1) If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the Policy Period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

(2) In settling loss subject to this Condition:

(a) The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

(b) We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

(3) The insurance provided under this Condition is subject to the following:

(a) If loss covered under this Condition is also partially covered under Condition E.1.k., the amount recoverable under this Condition is part of, not in addition to, the amount recoverable under Condition E.1.k.

(b) For loss covered under this Condition that is not subject to Paragraph (3)(a), the amount recoverable under this Condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

(i) This insurance as of its effective date; or

(ii) The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

(1) Primary Insurance

When this insurance is written as primary insurance, and:

(a) You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

(b) You have other insurance covering the same loss other than that described in Paragraph (1)(a), we will only pay for the amount of loss that exceeds:

(i) The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

(ii) The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

(2) Excess Insurance

(a) When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

(b) However, if loss covered under this insurance is subject to a Deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

 © ISO Properties, Inc., 2005

n. **Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

(1) That you own or lease; or

(2) That you hold for others whether or not you are legally liable for the loss of such property.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

o. **Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

p. **Recoveries**

(1) Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

(a) First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

(b) Second, to us in satisfaction of amounts paid in settlement of your claim;

(c) Third, to you in satisfaction of any Deductible Amount; and

(d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery:

(a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(b) Of original "securities" after duplicates of them have been issued.

q. **Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

r. **Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

s. **Valuation – Settlement**

(1) The value of any loss for purposes of coverage under this policy shall be determined as follows:

(a) Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

(i) At face value in the "money" issued by that country; or

(ii) In the United States of America dollar equivalent determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was "discovered".

(b) Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

(i) Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(ii) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

I. Market value of the "securities" at the close of business on the day the loss was "discovered"; or

ii. The Limit of Insurance applicable to the "securities".

© ISO Properties, Inc., 2005
CR 00 21 05 06      □

(c) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

(i) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose;

(ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

(iii) The Limit of Insurance applicable to the lost or damaged property.

With regard to Paragraphs s.(1)(c)(i) through s.(1)(c)(iii), we will not pay on a replacement cost basis for any loss or damage:

i. Until the lost or damaged property is actually repaired or replaced; and

ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(2) We will, at your option, settle loss or damage to property other than "money":

(a) In the "money" of the country in which the loss or damage occurred; or

(b) In the United States of America dollar equivalent of the "money" of the country in which the loss or damage occurred determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was "discovered".

(3) Any property that we pay for or replace becomes our property.

2. **Conditions Applicable To Insuring Agreement A.1.**

a. **Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

(1) As soon as:

(a) You; or

(b) Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

(2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

b. **Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition E.1.q. for a period of not more than 90 consecutive days.

3. **Conditions Applicable To Insuring Agreement A.2.**

a. **Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement A.2.

b. **Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

c. **Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

 © ISO Properties, Inc., 2005

d. Territory

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition E.1.q. does not apply to Insuring Agreement A.2.

4. Conditions Applicable To Insuring Agreements A.4. And A.5.

a. Armored Motor Vehicle Companies

Under Insuring Agreement A.5., we will only pay for the amount of loss you cannot recover:

(1) Under your contract with the armored motor vehicle company; and

(2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

b. Special Limit Of Insurance For Specified Property

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

(1) Precious metals, precious or semi-precious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

(2) Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

5. Conditions Applicable To Insuring Agreement A.6.

a. Special Limit Of Insurance For Specified Property

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

b. Territory

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition E.1.q. does not apply to Insuring Agreement A.6.

F. Definitions

1. "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

4. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance

5. "Employee":

a. "Employee" means:

(1) Any natural person:

(a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

(b) Who you compensate directly by salary, wages or commissions; and

(c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent "employee" as defined in Paragraph a.(1), who is on leave; or

(b) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

© ISO Properties, Inc., 2005       CR 00 21 05 06    □

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph a.(2);

(4) Any natural person who is:

(a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

(b) A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

(5) Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you;

(6) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises";

(7) Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

(8) Any of your "managers", directors or trustees while:

(a) Performing acts within the scope of the usual duties of an "employee"; or

(b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

b. "Employee" does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph 5.a.

6. "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

7. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

8. "Fraudulent instruction" means:

a. An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

b. A written instruction (other than those described in Insuring Agreement A.2.) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

c. An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

9. "Funds" means "money" and "securities".

10. "Manager" means a person serving in a directorial capacity for a limited liability company.

11. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

12. "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

13. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

14. "Occurrence" means:

a. Under Insuring Agreement A.1.:

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

  © ISO Properties, Inc., 2005

(3) A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition E.1.k. or E.1.l.

b. Under Insuring Agreement A.2.:

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition E.1.k. or E.1.l.

c. Under All Other Insuring Agreements:

(1) An individual act or event;

(2) The combined total of all separate acts or events whether or not related; or

(3) A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition E.1.k. or E.1.l.

15. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

16. "Premises" means the interior of that portion of any building you occupy in conducting your business.

17. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

a. Caused or threatened to cause that person bodily harm; or

b. Committed an obviously unlawful act witnessed by that person.

18. "Safe burglary" means the unlawful taking of:

a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

b. A safe or vault from inside the "premises".

19. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

20. "Theft" means the unlawful taking of property to the deprivation of the Insured.

21. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

b. By means of written instructions (other than those described in Insuring Agreement A.2.) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

22. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

© ISO Properties, Inc., 2005

CR 00 21 05 06

**WEST BEND**

THE SILVER LINING™

September 11, 2015

Barn II Dinner Theater
Mary Simon
1451 Timberline Rd
Goodfield IL 61742

SUBJECT:    Claim Number:       AF79380
            Loss type:          Building
            Date of Loss:       8/19/15
            Policy Number:      A030634-0

Dear Ms Simon,

I am writing in regard to the above referenced claim.

As per our recent conversation, we will be unable to provide coverage for this loss. We are in receipt of the Engineer's report which indicates that the proximate cause of the bowing walls is long-term and ongoing deterioration and deformation of the roof structure due to rafter thrust. A contributing cause of failure was the removal of a cable tie installed to connect the north and south wall together after the loft floor was altered. The additional roofing materials add approximately 23,000 pounds to the weight of the original wood shake roof. The additional weight is a contributing factor in the failure of the structure. No evidence was present that wind was a contributing factor to structural damage. The policy contains an exclusion for deterioration, and inadequate construction.

Your policy with West Bend Mutual Insurance provides coverage under Causes of Loss – Special Form. Form number CP1030 edition date 06/07. This form states the following:

B. Exclusions
2. We will not pay for loss or damage caused by or resulting from any of the following:
d. (1) Wear and tear;
   (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any
     quality in property that causes it to damage or destroy itself;
(3) Smog;
(4) Settling, cracking, shrinking or expansion;

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

EXHIBIT
B

c. Faulty, inadequate or defective:
(1) Planning, zoning, development, surveying, siting;

(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance;
of part or all of any property on or off the described premises

West Bend Mutual Insurance regrets that we will not be able to respond and pay for any of the damages to the building.

Please understand that by making specific reference to certain exclusions in your policy, West Bend Mutual Insurance Company neither waives, nor shall it be estopped from raising other exclusions, conditions, limitations or provisions of your policy of insurance. Further, nothing in this letter is intended to, nor should be construed as, a waiver of any of the terms or conditions of your policy of insurance. West Bend Mutual Insurance expressly reserves all rights, conditions, and defenses it may have now or those that may become apparent through additional investigation.

Rule 9.19 of the Rules and Regulations of the Illinois Department of Insurance requires that we advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603; and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

Please feel free to call me if you have any questions, or if I can be of further assistance to you at our toll-free number 1-800-760-9250 ext.521. Thank you.

Sincerely,

Cathy L_____.

Cathy Lanier, AIC
Claims Representative/Property Claims
NSI, a division of West Bend Mutual Insurance
8401 Greenway Blvd, Ste 1100
PO Box 620976
Middleton WI 53562
Toll Free 800.760.9250. Ext 521
Ph: 608-410-3521/Fax: 877-434-9585
Email: clanier@wbmi.com

cc: COMPREHENSIVE INS SERVICES INC

